## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NETTIE B. NICHOLS and<br>JOHN H. NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX CREDIT BUREAU,<br>1550 Peachtree Street<br>Atlanta, Georgia 30309,<br><br>    And,<br><br>NCAC, TRANSUNION CONSUMER<br>RELATIONS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NUMBER: |

## <u>DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL</u>

COMES NOW Equifax Information Services LLC ("Equifax"), incorrectly identified as "Equifax Credit Bureau," Defendant in the above-captioned action, hereby files this Notice of Removal of this action from the Superior Court of the District of Columbia, Civil Division, wherein it is now pending as Case No. 0000112-08, to the United States District Court for the District of Columbia, the District Court embracing the place where this action is pending. This Notice of Removal is filed pursuant to 28 U.S.C. § 1441 and 1446. In support hereof, Equifax shows this Court as follows:

### <u>Procedural Background</u>

1.    An action was commenced against Equifax in the Superior Court of the District of Columbia, Civil Division, entitled *Nettie B. Nichols and John H. Nichols v. Equifax Credit Bureau et al.*, Case No. 0000112-08, by service upon Equifax of a Summons and Complaint on

4839737

US1900 9168568.1

January 11, 2008 alleging that Equifax reported false or erroneous information on plaintiff's

credit reports in violation of the Fair Credit Reporting Act. Plaintiffs did not request a jury trial.

A copy of Plaintiff's Complaint is attached to this Notice of Removal as Exhibit A.

### Grounds for Removal

2.      The Superior Court Civil Action seeks damages for Equifax's alleged violations

of the federal Fair Credit Reporting Act (15 U.S.C. § 1681 *et seq.*) (*See*: Complaint attached

hereto as Exhibit A). Therefore, the Superior Court Civil Action is an action over which this

Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331 and pursuant to 15

U.S.C. § 1681p.

3.      Removal of the Superior Court Civil Action is proper pursuant to 28 U.S.C. §

1441(b) because the Superior Court Civil Action is founded on a claim or right arising under the

Constitution, treaties or laws of the United States.

### Compliance With Procedural Requirements

4.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed with this

Court within thirty (30) days after defendant Equifax received a copy of plaintiffs' pleading

setting forth the claims for relief upon which plaintiffs' action is based.

5.      Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the

United States District Court for the District of Columbia because this Court embraces the

Superior Court where this action is pending.

6.      Promptly after filing this Notice of Removal, Equifax shall give written notice of

the removal to the plaintiffs and will file a copy of this Notice of Removal with the Clerk of the

Superior Court of the District of Columbia, as required by 28 U.S.C. § 1446(d).

7.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon defendant Equifax in the Superior Court Civil Action are attached hereto as Exhibit B.

8.    Equifax has verified that the remaining co-defendants in this action have not received service of process with the plaintiffs' complaint. See Joinder and Consent to Removal by Experian and Trans Union attached as Exhibit "C."

9.    Trial has not commenced in the Superior Court of the District of Columbia.

WHEREFORE, Equifax respectfully prays that the Superior Court Civil Action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: January 31, 2008

Respectfully submitted,

EQUIFAX INFORMATION
SERVICES LLC

By: _Megan Greene_____
Brian R. Meiners
D.C. Bar No.  482039
Megan K. Greene
D.C. Bar No. 488428
King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 200
Washington, D.C. 20006-2706
Phone:  (202) 626-2910
Fax: (202) 626-3737
Email:  BMeiners@KSlaw.com

Of Counsel:
K. Ann Broussard
King & Spalding LLP
1180 Peachtree Street N.E.

4839737

US1900 9168568.1

Atlanta, GA  30309-3521
Phone:  (404) 572-4600
Fax: (404) 572-5100
Email:  ABroussard@KSLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day caused a true and correct copy of the within and foregoing NOTICE OF REMOVAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC  was filed and served by mail on anyone unable to accept electronic filing to the following:

Nettie B. Nichols
John B. Nichols
308 Oglethorpe Street, N.E.
Washington, D.C.  20011


DATED:  January 31, 2008

Megan K. Greene

King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, D.C. 20006-2706
Phone:  (202) 626-2910
Fax: (202) 626-3737

4839737

US1900 9168568.1

# Exhibit A

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Nettie B Nichols )
John H. Nichòls )
308 Oglethorpe St. N.E. )
Washington D.C. 20011 )
)
Plaintiff, )
)
vs. )
)
Equifax Credit Bureau )
P.O. Box 740256 )
Atlanta, GA 30348 )
)
NCAC )
P.O. Box 9556 )
Allen, TX 750313 )
)
TransUnion Consumer Relations )
P.O. Box 2000 )
Chester, PA 19022-2000 )
)
Defendant. )

0000112-08

RECEIVED
Civil Clerk's Office

JAN 0 8 2008

Superior Court of the
District of Columbia
Washington, D.C.

## COMPLAINT THAT EQUIFAX, EXPERIAN, AND TRANSUNION ARE IN NEGLIGENCE OF THE FAIR CREDIT REPORTING ACT

Complaint that Equifax, Experian, and TransUnion Credit Bureaus are in negligence of

the Fair Credit Reporting Act, 15 U.S.C.A. 1681o.

Background

Equifax, Experian, and TransUnion (Credit Bureaus) have purposely hindered our

personal and financial growth by reporting false derogatory information on our credit file with

the following companies:  Ford Motor Credit Corporation (FMCC), Hickory Hill Apartments,

Consumer Finance Corporation (CFC), and LVNV Funding.

1. In March 2004, the Credit Bureaus reported that we owed Hickory Hill Apartments $1,250 in a judgment on our credit files. Hickory Hill wrote them a letter dated, September 28, 2004, stating, "John and Nettie Nichols have satisfied all debt owed for March 2004, furthermore, all legal filings have been dismissed. Mr. and Mrs. Nichols rental account is currently in good standing" (see Exhibit A). After receiving knowledge that this was erroneous information, the Credit Bureaus refused to remove it and is still reporting, three years later, on our credit file, which is libelous and damaging to our credit worthiness (see Exhibit A-2). This is a violation of the Fair Credit Reporting Act. The Credit Bureaus have reported Hickory Hill on our credit report, with clear knowledge that it is false information, knowing this is maliciously damaging to our credit worthiness. After threatening to take further action if they did not remove this from our credit file, they updated our credit files in November 2007. Equifax deleted Hickory Hill's judgment from our credit file, but Experian only deleted it from my husband's (John Nichols) file, (see Exhibit A-1), and not mine, (see Exhibit A-2). Experian stated, "This item was verified and updated on July 2006, scheduled to continue on record until March 2011."

2. Experian and Equifax have been reporting on my credit file, Ford Motor Credit account 2520 . . ., Date Opened, 9/2000; High Credit, $43,060; Scheduled Payment, $717; Balance owed, $0; Date of last activity, 05/2004; as derogatory, repossession. Ford Credit has asked them to remove the words "repossession" and to report "paid charge off, zero balance owing,"(see Exhibit B-1). Ford sent the credit bureaus a letter dated, June 29, 2006 (see Exhibit B), referencing the account with zero balance, yet the bureaus have not changed it. Ford

wrote them a second letter on September 26, 2007 **(see Exhibit B-1)**, requesting all three Credit

Bureaus to correct their comments on our credit file to read, "Paid charge off, zero balance

owing," but Equifax refuses to do so after two letters from Ford. In Equifax's November 2, 2007,

reply, they wrote that the disputed Ford Credit account number 48063000000025206543 is not

currently reporting on my credit file, yet they have the account listed on page 5 of 10 **(see**

**Exhibit B-2 )** on my credit report.


According to Tracy at Ford Motor Credit, they updated their computer system and

replaced account JTA144 . . . with account 2520 . . . ., and notified the credit bureaus of the

change. Equifax is still reporting the old account number: JTA144 . . . and account 2520 . . . as

though they are two separate accounts with two separate vehicles opened at the same time, and

closed out on different dates. JTA 144 . . ., Date opened, 9/2000; High Credit, $43,060; **owing,**

**$27,974;** Scheduled Payment, $717; **past due $1,420 with 59 days past due (see Exhibit B-2)**.

Ford requested them to remove the second vehicle (old account number JTA 144 . . .) from my

credit file. Equifax has not removed it and by not doing so, they are purposely damaging my

credit worthiness by showing my creditors that I have two repossessed vehicles, knowing that

this is false information. This is negligent, subversive, and destructive to our credit worthiness.

We ask the court to have the Credit Bureaus remove repossession and derogatory from our credit

report and to remove account JTA 144 . . . from my credit file.


3. Experian, Equifax, and TransUnion are reporting that I have a written-off

account with CFC **(see Exhibit C-1)**. I provided information to them concerning this account

showing that I do not owe CFC. On February 15, 2001, I went to settlement with CENTEX

Home Equity, to pay off CFC in the amount of $8,250.00 in full **(see Exhibit C).** The credit

bureaus are reporting, paid after charge off and written off $438, August 2002. This is false

information. I ask for this to be removed from my credit report immediately.

4. The credit bureaus have reported me owing LVNV Funding $83.00 **(see**

**Exhibits D-1 and D-2)** formerly MCI. This was not my MCI account. I contacted LVNV

Funding and they sent me an apology letter and requested that the credit bureau remove this from

my credit report **(see Exhibit D)**. Even after the request of the creditor to have it removed, this

information still remains.

In January 2007, the city of New Orleans ordered all Hurricane-Katrina victims back to

the city of New Orleans who had not repaired their properties to come into compliance with the

city **(see Exhibit F)**. According to the city of New Orleans, the raw sewage and dead bodies

caused a hazardous gas to seep into the drywall of the city homes. All homes must be gutted to

remove mold and poisonous gas from drywall, or property would be confiscated, torn down or

sold to revitalize the city of New Orleans. On April 13, 2007, my husband and I began work on

our home in New Orleans. We were unable to obtain a loan due to the derogatory information on

our credit report. We were forced to use all of our savings and whatever we could borrow from

family. Due to the damage caused by Hurricane Katrina, we have exhausted all of our funds.

The credit bureaus have hindered our opportunity to do business with the banks. Now my

husband is being reported three times, 30 days late, on our home mortgage because we were

hindered from the opportunity to obtain a mortgage loan. We have worked hard over the last

three years to make sure that we were not late on any of our bills, but the credit bureau have

made it difficult for us to maintain and live a normal life by reporting false and derogatory information on our credit report. We ask that his score be raised to 750 or above.

We applied for a home equity loan to repair the house we just inherited which was struck by lightning and burned before I had the opportunity to insure it **(see Exhibit E)**. I have not been able to get a loan to repair it because of the derogatory information reporting that I am a poor credit risk, which is not true. If you take a look at my credit report **(Exhibit G)**, you will see I pay my bills on time. I ask for your help in resolving this matter. Please raise my credit score to 750 that I may obtain a loan to catch up on my bills and repair my home. The Credit Bureaus are purposely hindering us from doing business with the banks. My middle score has dropped from 635 to 555; I have not missed a payment to my creditors in more than two years. My score should have increased, instead, it decreased.. I have been denied credit due to this false information from the following: BB& T, Countrywide, Suntrust, Chase, and Indymac Banks. Six months ago our credit scores were 635 and above. The banks had agreed that when I found a bonded and license contractor, a resident of Harris County, Texas, they would give me a loan. All that changed when the credit bureaus dropped my credit score to 555 without a valid reason. I am in good standing with all of my creditors. I ask that my credit score be raised to 750 or higher, or as you deem appropriate and that we be recompensed from each bureau $50,000 in damages or what you determine suitable.

The Credit Bureaus have hindered our opportunity to receive a loan from lending institutions. They have knowingly reported false information on our credit reports. They were aware since September 28, 2004 (three and a half years ago) of the fact that I did not owe

Hickory Hill, and that there was no judgment placed against me **(See Exhibit A)**. They also were aware before June 29, 2006, that my account with Ford was clear and I did not owe them any money **(see Exhibit B-1)**. They refuse to report correct information, and they also knew that I did not owe CFC. That account was paid in full February 2001, yet they are still reporting: written off August 2002.

Your Honor, the Defendants have caused damages, stress, and ruin to Plaintiffs because of their negligence to comply with the Fair Credit Reporting Act. Plaintiffs demand judgment against Defendants in the sum of $150,000, or what your Honor deems fair, have them remove repossession and derogatory from our credit report, remove Hickory Hill's judgment, remove Ford account JTA 144 . . ., remove CFC charge off, less than full balance, remove $83 owed to LVNV Funding, and increase my credit score to 750 for damages that have been done to our credit worthiness.

Respectfully submitted,

Nettie Nichols

John Nichols

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Complaint of Equifax, Experian, and TransUnion Negligence of the Fair Credit Reporting Act, and proposed Order, was mailed, first class, postage prepaid this 8th day of January 2008, to:

Equifax Credit Bureau
P.O. Box 740256
Atlanta, GA 30348

NCAC
P.O. Box 9556
Allen, TX 750313

TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

_____
Nettie B Nichols

_____
John H. Nichols

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Nettie B Nichols                          )
John H. Nichols                           )
308 Oglethorpe St. N.E.                    )
Washington D.C. 20011                      )
                                           )
     Plaintiff,                      )
                                           )
     vs.                             )
                                           )
Equifax Credit Bureau                      )
P.O. Box 740256                            )
Atlanta, GA 30348                          )
                                           )
NCAC                                       )
P.O. Box 9556                              )
Allen, TX 750313                           )
                                           )
TransUnion Consumer Relations              )
P.O. Box 2000                              )
Chester, PA 19022-2000                     )
                                           )
     Defendants.                     )
                                           )

### ORDER

This Court, having fully considered the Plaintiff's complaint and demand for judgment

against Defendant for damages, it is, this _____ day of _____, 2008,

ORDERED, that judgment for Plaintiffs be granted.

SO ORDERED:

_____
Judge

Copies to:

Equifax Credit Bureau
P.O. Box 740256
Atlanta, GA 30348

NCAC
P.O. Box 9556
Allen, TX 750313

TransUnion Consumer Relations
P. O. Box 2000
Chester, PA 19022-2000

John and Nettie Nichols
308 Oglethorpe St. N.E.
Washington, D.C. 20011



**Hickory Hill**

**Resident Services**
3613 Silver Park Drive ● Suitland, MD 20746
(301) 423-1750 ● FAX (301) 423-0918

September 28, 2004

Re: John Nichols
    Nettie Nichols

To Whom It May Concern:

This letter serves as verification that John and Nettie Nichols residing at
_____ at the community known as Hickory Hill Apartments located in Suitland,
Maryland have satisfied all debts owed for March 2004; furthermore, all legal filings have been
dismissed. Mr. and Mrs. Nichols's rental account is currently in good standing.

Should further information be required, please contact the Resident Services Office at
(301) 423-1750.

Respectfully,

Ms. Janice Allen
Interim Community Manager
Hickory Hill Apartments

**Management by JBG Properties, Inc.**

EX-A

 **Experian**

A world of insight

☒ Close

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**JOHN NICHOLS**
Your report number is

Report date:
**11/01/2007**

Index:
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Contact us
- Know your rights

🖨 Print rep

Experian collects and organizes information about you and your credit history from public records, your creditors and other relia sources. Experian makes your credit history available to your current and prospective creditors, employers and others as allowi law, which can expedite your ability to obtain credit and can make offers of credit available to you. We do not grant or deny cre credit grantor makes that decision based on its own guidelines.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispu then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Potentially Negative Items

ba

## Public Records

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account connected with some public records, such as bankruptcy, also may appear with your credit items listed later in this report.

**PRINCE GEORGES CO CIRC**
Address:
14735 MAIN ST
UPPER MARLBORO , MD
20772
*No phone number available*
Status:
Civil claim paid.

Identification Number:

Plaintiff:
HICKORY HILL APTS.

Status Details:
This item is scheduled to continue on record until Mar 201
This item was verified and updated on Jul 2006.

Date Filed:
03/18/2004
Date Resolved:
09/28/2004
Responsibility:
Joint

Claim Amount:
$1,250
Liability Amount:
NA

## Credit Items

For your protection, the last few digits of your account numbers do not display.

**CAP ONE BK**

*EX-A*

::::Experian™
A world of insight

**Prepared for**
JOHN NICHOLS
**Report number**

**Report date**
November 26, 2007
www.experian.com/disputes    Page 1 of 2

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years (or employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

**Public records**                                      Outcome

PRINCE GEORGES CO CIRC                                  *Deleted*
LT042....

Visit experian.com/status to check the status of your pending disputes at any time

### Additional information

To view a full copy of your corrected credit report, visit experian.com/viewreport.

☐ To receive a copy by mail, check this box and within 30 days return this original page to Experian. P.O. Box 9701, Allen, TX 75013. Copies will not be accepted.

**To order a copy of your VantageScore[3] from Experian visit experian. com or call 1 888 322 5583.**

**Protect and manage your credit with Credit Manager, www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

*Ex-A1*

0049048759    L-786-08240-0101100

JOHN NICHOLS
00008240 1 MB 0.360 1.786
••••••••••••••••MIXED AADC 683

EX-A2

## ::::: Experian
A world of insight

**Report date**
December 26, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 4 of 18**

**Prepared for**
NETTIE B NICHOLS
**Report number**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public records

**PRINCE GEORGES CO CIRC**
14735 MAIN ST
UPPER MARLBORO MD 20772
*No phone number available*

| | |
|---|---|
| *Identification number* | |
| *Date filed* Mar 2004 | *Date resolved* Sep 2004 |
| *Responsibility* Joint | |
| *Claim amount* $1,250 | *Liability amount* NA |

Status: Civil claim paid. Plaintiff:
HICKORY HILL APTS. This item is
scheduled to continue on record until
Mar 2011.

This item was verified and updated on
Jul 2006.

## Credit items

**CAP ONE BK**
PO BOX 85015
RICHMOND VA 23285
(800) 903-3637

*See history of account balances for
additional information.*

| | |
|---|---|
| *Date opened* Dec 2004 | *Date of status* Jul 2006 |
| *Reported since* Dec 2004 | *Last reported* Nov 2007 |
| *Type* Revolving | *Terms* NA |
| *Monthly payment* $19 | |
| *Responsibility* Individual | |
| *Credit limit or original amount* $500 | *Recent balance* $652 as of Nov 2007 |
| *High balance* $652 | *Recent Payment* $34 |

Status: Open/Current, was past due
30 days.
Account history:
30 days as of Jun 2006, Jun 2005
As of Mar 2013, this account is
scheduled to go to a positive status.

**CONSUMER FINANCE CORP**
7926 JONES BRANCH DR STE
MC LEAN VA 22102
*No phone number available*

| | |
|---|---|
| *Date opened* Jul 1997 | *Date of status* Aug 2002 |
| *Reported since* Aug 1997 | *Last reported* Aug 2002 |
| *Type* Installment | *Terms* 60 Months |
| *Monthly payment* NA | |
| *Responsibility* Joint | |
| *Credit limit or original amount* $438 | *Recent balance* NA |
| *High balance* NA | |

Status: Paid in settlement. $438 written
off.

Account history:
Charge Off as of Aug 2002
30 days as of Aug 2002
This account is scheduled to continue
on record until May 2009.
Creditor's statement: *"Account legally paid
in full for less than full balance."*

00490486767



P.O. Box 6508
Mesa, AZ 85216-6508

June 29, 2006

John H. Nichols
Nettie B. Nichols

Re:  Account Number:

Dear John H. and/or Nettie B. Nichols:

In response to your inquiry, the balance on the above referenced account is $0.00 as of
March 29, 2005.

If you have any questions, please contact our office at 1-800-732-2264, ext. 64003.

Sincerely,

Customer Service Representative

Mailing Address:

John H. Nichols
Nettie B. Nichols
4650 Suitland Rd
Suitland, MD 20746

FMCC Balance.doc
Updated: 9/30/2005

EX-B



P:O. Box 6508
Mesa, AZ 85216-6508

September 26, 2007

Nettie B Nichols

Re: Ford Motor Credit Company Account Number:

To Whom It May Concern:

Ford Motor Credit Company has updated **Nettie B Nichols'** credit bureau to report **paid charge off, zero balance owing and requested repossession comment removed** for the above referenced account. The three credit bureaus we report to, Trans-Union, Equifax, and Experian, usually take 30-90 days to update their information. The credit bureau update was sent out on **September 26, 2007**.

Understand that Ford Motor Credit Company is not a credit reporting agency and can only request, but not guarantee, that the credit bureaus will report or continue to report your account as requested by Ford Motor Credit Company. Should you determine that the credit bureaus have failed to follow Ford Motor Credit Company's request, please provide proof and Ford Motor Credit Company will submit additional request(s).

If you have any questions, please contact our office at (800) 732-2264, ext 64003.

Sincerely,

Customer Service

EX-B1

EX-B2

7301023203APP-000605770-1499-8074-AS

**Countrywide Home Loans**   400 Countrywide Way Simi Valley CA 93065-6298 ; (800) 669-6607

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 06/2005 | $315,000 | | 30 Years | Monthly | | Paid and Closed | |

| Items As of | Balance | Amount | Date of | Actual | Scheduled | Date Maj | Charge Off | Deferred Pay | Balloon Pay | Date |
| Date Reported | Amount | Past Due | Last Paymt | Paymt Amount | Paymt Amount | Del, 1st Pald | Amount | Start Date | Amount | Closed |
| 03/2007 | $0 | | 03/2007 | | $2,892 | | | | | 03/2007 |

Current Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account;
Closed At Consumers Request; Closed or Paid Account/Zero Balance.

**FMC-OMAHA Service Ctr**   PO Box 54200 Omaha NE 68154-8000

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 09/2000 | $43,060 | | | | 26 | | |

| Items As of | Balance | Amount | Date of | Actual | Scheduled | Date Maj | Charge Off | Deferred Pay | Balloon Pay | Date |
| Date Reported | Amount | Past Due | Last Paymt | Paymt Amount | Paymt Amount | Del, 1st Pald | Amount | Start Date | Amount | Closed |
| 11/2007 | $27,974 | $1,420 | 12/2002 09/2002 | | $717 | 10/2002 | | | | |

*THIS IS THE SAME VEHICLE FOR BOTH ACCOUNTS, BUT THEY ARE REPORTED as being different cars with different account numbers*

Current Status - 30 - 59 Days Past Due; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account; ADDITIONAL INFORMATION - Auto;

**Account History**
**with Status Codes**

| | 01/2006 12/2002 1/2002 09/2002 | | | | | | | | | |

**FMC-OMAHA Service Ctr**   PO Box 54200 Omaha NE 68154-8000

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 09/2000 | $43,060 | | | Monthly | | Paid | |

| Items As of | Balance | Amount | Date of | Actual | Scheduled | Date Maj | Charge Off | Deferred Pay | Balloon Pay | Date |
| Date Reported | Amount | Past Due | Last Paymt | Paymt Amount | Paymt Amount | Del, 1st Pald | Amount | Start Date | Amount | Closed |
| 09/2007 | $0 | | 05/2004 | $0 | $717 | 05/2004 | | | | 03/2005 |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account; ADDITIONAL INFORMATION- Paid Repossession; Auto;

*Ford never reported me as repossessed*

**Account History**
**with Status Codes**   K

| | 02/2004 01/2004 12/2003 09/2003 08/2003 07/2003 06/2003 05/2003 02/2003 01/2003 12/2002 | | | | | | | | | |
| | 1 | 2 | 1 | 1 | 1 | | | 1 | | |

**Gemb/JC Penney**   PO Box 981402 El Paso TX 79998-1402 ; (800) 542-0800

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 03/2006 | $872 | $900 | | Monthly | 19 | | |

| Items As of | Balance | Amount | Date of | Actual | Scheduled | Date Maj | Charge Off | Deferred Pay | Balloon Pay | Date |
| Date Reported | Amount | Past Due | Last Paymt | Paymt Amount | Paymt Amount | Del, 1st Pald | Amount | Start Date | Amount | Closed |
| 10/2007 | $872 | $51 | 09/2007 | $20 | $43 | 09/2007 | | | | |

Current Status - 30 - 59 Days Past Due; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charge;
Amount in High Credit Column is Credit Limit;

*JC Penney never reported me as 59 days late I can fix this late company - they are going to send*

**Lvnv Funding LLC**   40 Box 10497 Greenville SC 29603-0497 ; (866) 865-0374

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | | $83 | | | | 5 | | Financial |

| Items As of | Balance | Amount | Date of | Actual | Scheduled | Date Maj | Charge Off | Deferred Pay | Balloon Pay | Date |
| Date Reported | Amount | Past Due | Last Paymt | Paymt Amount | Paymt Amount | Del, 1st Pald | Amount | Start Date | Amount | Closed |
| 10/2007 | $83 | $83 | | | | 08/2006 | | | | |

Current Status - Collection Account; Type of Account - Open; Type of Loan - Factoring Company Account; Whose Account - Individual Account; ADDITIONAL INFORMATION -
Collection Account; *This account never belonged to me*

(*Continued On Next Page )

Page 5 of 10

A.    U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

## SETTLEMENT STATEMENT

Optional Form for Transactions without Sellers

| NAME AND ADDRESS OF BORROWER: | NAME AND ADDRESS OF LENDER: |
|---|---|
| John H. Nichols and Nettie R. Nichols | Centex Home Equity Corp. 3100 McKinnon  Suite 250 Dallas, Tx  75201 |

| PROPERTY LOCATION: | |
|---|---|
| | SETTLEMENT AGENT:    Atlantic Closing Services, LLC |
| | PLACE OF SETTLEMENT:  Suite 210  Costa Mesa, CA 92627 |
| | SETTLEMENT DATE:    February 15, 2001 |
| | LOAN NUMBER: |

| L.  SETTLEMENT CHARGES | | | M.  DISBURSEMENT TO OTHERS | | |
|---|---|---|---|---|---|
| **800.  ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | 1501.  Payment on Account    to | | |
| 801.  Loan Origination Fee     % to Centex Home Equity Corp. | | | CON FIN CORP | | 8,250.00 |
| 802.  Loan Discount     5.0000 % to Centex Home Equity Corp. | | 1,406.35 | 1502.  Payment on Account | | |
| 803.  Appraisal Fee     to Florence White | | 350.00 | | | |
| 804.  Credit Report     to First American Credit | | 15.00 | 1503.  Payment on Account | | |
| 805.  Processing Fee     to Centex Home Equity Corp. | | | | | |
| 806.  Underwriting Fee     to Centex Home Equity Corp. | | | 1504.  Payment on Account | | |
| 807.  Tax Service Fee     to Centex Home Equity Corp. | | 55.00 | | | |
| 808.  Flood Certification Fee     to Flood Zone, Inc. | | 17.00 | 1505.  Payment on Account | | |
| 809.  Credit Life Insurance Fee     American Bankers Life Assurance | | | | | |
| 810.  Involuntary Unemploy Fee Ins F     American Bankers Life Insurance | | | 1506.  Payment on Account | | |
| 811. | | | | | |
| 812. | | | 1507.  Payment on Account | | |
| 813. | | | | | |
| 814. | | | 1508.  Payment on Account | | |
| 815. | | | | | |
| 816. | | | 1509.  Payment on Account | | |
| 817. | | | | | |
| 818. | | | 1510.  Payment on Account | | |
| 819. | | | | | |
| 820. | | | 1511.  Payment on Account | | |
| **900.  ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | | |
| 901.  Interest 02/15/01  to  03/01/01  @ $     /day | | | 1512.  Payment on Account | | |
| 902.  Mortgage Insurance Prem for     months to | | | | | |
| 903.  Hazard Insurance Prem for   1.0 yr to Harry Kelleher & Co. | | 404.00 | 1513. | | |
| 904.  Flood Insurance Premium   1.0 yr to Bankers Ins. Co. | | 409.00 | | | |
| 905. | | | 1514. 2001 County Property Taxes to | | |
| **1000.  RESERVES DEPOSITED WITH LENDER** | | | ORLEANS PARISH TF | | 425.14 |
| 1001.  Hazard Insurance     months @ $     per month | | | 1520.  TOTAL DISBURSED | | 8,675.14 |
| 1002.  Mortgage Insurance     months @ $     per month | | | (enter on line 1603) | | |
| 1003.  City/Town Taxes     months @ $     per month | | | | | |
| 1004.  County Taxes     months @ $     per month | | | | | |
| 1005.  Assessments     months @ $     per month | | | | | |
| 1006.  Flood Insurance Prem     months @ $     per month | | | | | |
| 1007.     months @ $     per month | | | | | |
| 1008.     months @ $ | | 0.00 | | | |
| **1100.  TITLE CHARGES** | | | | | |
| 1101.  Settlement Fee     to Atlantic Closing Services, LLC | | 350.00 | | | |
| 1102.  Title Search     to Atlantic Assurance, LLP | | 395.00 | | | |
| 1103.  Title Review Fee     to Atlantic Closing Services, LLC | | | | | |
| 1104.  Deed Preparation Fee     to Atlantic Closing Services, LLC | | | | | |
| 1105.  Document Preparation Fee   to Atlantic Closing Services, LLC | | | | | |
| 1106.  Notary Fees     to | | | | | |
| 1107.  Attorney's Fees     to | | | | | |
|         (Includes above item numbers:          ) | | | | | |
| 1108.  Title Insurance     to Atlantic Assurance, LLP | | 101.50 | | | |
|         (Includes above item numbers:          ) | | | | | |
| 1109.  Lender's Coverage     $ | | | | | |
| 1110.  Owner's Coverage     $ | | | | | |
| 1111.  8.1 (EPA) Endorsement     Atlantic Assurance, LLP | | | | | |
| 1112. | | | | | |
| 1113. | | | **N.    NET SETTLEMENT** | | |
| 1114. | | | | | |
| 1115. | | | 1600.  Loan Amount | $ | 28,127.00 |
| 1116. | | | | | |
| 1117. | | | 1601.  Plus Cash/Check from Borrower | $ | 0.00 |
| 1118. | | | | | |
| **1200.  GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | 1602.  Minus Total Settlement Charges (line 1400) | $ | 3,582.85 |
| 1201.  Recording fees: Mortgage $   25.00   ; Releases $ | | | | | |
| 1202.  City/County Tax/Stamps:     Mortgage     $ | | 25.00 | | | |
| 1203.  State Tax/Stamps:     Mortgage     $ | | | 1603.  Minus Total Disbursements to Others (line 1520) | $ | 8,675.14 |
| 1204. | | | | | |
| 1205. | | | | | |
| **1300.  ADDITIONAL SETTLEMENT CHARGES** | | | | | |
| 1301.  Survey | | | 1604.  Equals Disbursements to Borrower (after expiration of any applicable rescission period required by law) | $ | 15,869.01 |
| 1302.  Pest Inspection | | | | | |
| 1303.  Courier Fee     to Atlantic Closing Services, LLC | | 60.00 | | | |
| 1304. | | | | | |
| 1305. | | | | | |
| **1400.  TOTAL SETTLEMENT CHARGES** (enter on line 1602) | | 3,582.85 | | | |

The undersigned hereby acknowledge receipt of a completed copy of this statement & any attachments referred to herein.

Borrower _____
John H. Nichols

_____
Nettie B. Nichols

_____
Atlantic Closing Services, LLC
Settlement Agent

Certified to be a true copy. Please sign HUD in BLUE INK!

Form HUD-1A (2/94) ref. RESPA

1 0  04-98  ( 430483 / 430483 / 2 )

*EX-C*

Consumer Credit Report for NETTIE B. NICHOLS

File Number:
Page: 2 of 7
Date Issued: 01/26/2006

 TransUnion.

## CENTEX HOME EQUITY
350 HIGHLAND DR
LEWISVILLE, TX 75067
(214) 756-2654

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: CLOSED
Estimated date that this item will be removed: 05/2008

| | Balance: | $0 | | Pay Status: | >30 DAYS PAST DUE< |
| | Date Updated: | 07/2001 | | Account Type: | MORTGAGE ACCOUNT |
| | High Balance: | $28,127 | | Responsibility: | PARTICIPANT ON ACCOUNT |
| | Terms: | 360 MONTHLY $333 | | Date Open: | 02/2001 |
| | | | | Date Closed: | 07/2001 |



| Late Payments (15 months) | 30 | 60 | 90+ | Last 13 months | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 0 | 0 | | jun | may | apr | mar | feb | '01 | dec | nov | oct | sep | aug | jul | jun |

## CHEVY CHASE BANK #
7501 WISCONSIN AV E 5THFL
BETHESDA, MD 20814
(800) 627-5626

Loan Type: AUTOMOBILE
Remarks: >SETTLED - LESS THAN FULL BAL<
Estimated date that this item will be removed: 02/2008

| | Balance: | $0 | | Pay Status: | >PAYMENT AFTER CHARGE |
| | Date Verified: | 08/2002 | | | OFF/COLLECTION< |
| | High Balance: | $438 | | Account Type: | INSTALLMENT ACCOUNT |
| | Collateral: | 95 FORD TRK E150 CLU B72738 | | Responsibility: | JOINT ACCOUNT |
| | Credit Limit: | $0 | | Date Open: | 07/1997 |
| | Terms: | 060 MONTHLY $449 | | Date Closed: | 08/2002 |
| | | | | Date Paid: | 11/2004 |

## FORD MOTOR CREDIT
PO BOX 542000
OMAHA, NE 68154-8000
(800) 727-7000

Loan Type: AUTOMOBILE
Remarks: >PAID PROFIT AND LOSS<
Estimated date that this item will be removed: 11/2010

| | Balance: | $0 | | Pay Status: | >PAYMENT AFTER CHARGE |
| | Date Verified: | 05/2005 | | | OFF/COLLECTION< |
| | High Balance: | $43,060 | | Account Type: | INSTALLMENT ACCOUNT |
| | Terms: | 60 MONTHLY $717 | | Responsibility: | JOINT ACCOUNT |
| | | | | Date Open: | 09/2000 |
| | | | | Date Closed: | 05/2004 |

# Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

## CAPITAL ONE SERVICES
15000 CAPITAL ONE DR
RICHMOND, VA 23238-1119
Phone number not available

Loan Type: CREDIT CARD

| | Balance: | $329 | | Pay Status: | PAID OR PAYING AS AGREED |
| | Date Updated: | 01/2006 | | Account Type: | REVOLVING ACCOUNT |
| | High Balance: | $424 | | Responsibility: | INDIVIDUAL ACCOUNT |
| | Terms: | MINIMUM $30 | | Date Opened: | 12/2004 |

| Late Payments (13 months) | 30 | 60 | 90+ | Last 13 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec |

## CATHERINES/SOANB
1103 ALLEN DRIVE
MILFORD, OH 45150
Phone number not available

Loan Type: CREDIT CARD
Remarks: ACCT CLOSED BY CREDIT GRANTOR

| | Balance: | $0 | | Pay Status: | PAID OR PAYING AS AGREED |
| | Date Updated: | 12/2005 | | Account Type: | REVOLVING ACCOUNT |
| | High Balance: | $1,101 | | Responsibility: | INDIVIDUAL ACCOUNT |
| | | | | Date Opened: | 12/1992 |
| | | | | Date Paid: | 03/2001 |

| Late Payments (04 months) | 30 | 60 | 90+ | Last 4 months | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | nov | oct | sep | aug |



EX-C1

00490487C2  ...



## Experian
A world of insight

**Prepared for**
NETTIE B NICHOLS
**Report number**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

**PRINCE GEORGES CO CIRC**
14735 MAIN ST
UPPER MARLBORO MD 20772
*No phone number available*

| | |
|---|---|
| Identification *number* | |
| *Date filed* Mar 2004 | *Claim amount* $1,250 |
| *Date resolved* Sep 2004 | *Liability amount* NA |
| *Responsibility* Joint | |

Status: Civil claim paid. Plaintiff: HICKORY HILL APTS. This item is scheduled to continue on record until Mar 2011.

This item was verified and updated on Jul 2006.

### Credit items

**CAP ONE BK**
PO BOX 85015
RICHMOND VA 23285
(800) 903-3637
**Partial account number**

*See History of account balances for additional information.*

| | |
|---|---|
| *Date opened* Dec 2004 | *Date of status* Jul 2006 |
| *Reported since* Dec 2004 | *Last reported* Nov 2007 |
| *Type* Revolving | *Credit limit or original amount* $500 |
| *Terms* NA | *High balance* $652 |
| *Monthly payment* $19 | *Responsibility* Individual |
| *Recent balance* $652 as of Nov 2007 | |
| *Recent Payment* $34 | |

Status: Open/Current, was past due 30 days.

Account history:
30 days as of Jun 2006, Jun 2005

As of Mar 2013, this account is scheduled to go to a positive status.

**CONSUMER FINANCE CORP**
7926 JONES BRANCH DR STE
MC LEAN VA 22102
No phone number available
**Partial account number**

| | |
|---|---|
| *Date opened* Jul 1997 | *Date of status* Aug 2002 |
| *Reported since* Aug 1997 | *Last reported* Aug 2002 |
| *Type* Installment | *Credit limit or original amount* $438 |
| *Terms* 60 Months | *High balance* NA |
| *Monthly payment* NA | *Responsibility* Joint |
| *Recent balance* NA | |

Status: Paid in settlement. $438 written off.

Account history:
Charge Off as of Aug 2002
30 days as of Aug 2002

This account is scheduled to continue on record until May 2009.

Creditor's statement: *"Account legally paid in full for less than full balance."*

EX-CI

7301023665APP-000605643- 1522- 8175 -AS

## Capital One    PO Box 85520 Internal Zip 12030-163 Richmond VA 23285-5520

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Creditor Classification |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 07/2001 | | $200 | | Monthly | 62 | |

| | | | | | | | Activity Description |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Paid and Closed |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | High Credit | Actual Payment Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10/2007 | $0 | $0 | 06/2004 | $710 | | | 06/2004 | | | | | | 06/2004 |

Account History: 03/2004 02/2004 01/2004 12/2003 09/2003
with Status Codes: 4 3 2 1

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Settlement Accepted on This Account; Closed or Paid Account/Zero Balance;

## Consumer Finance Corporation    7501 Wisconsin Ave Bethesda MD 2081A-6519 ; (240) 497-47-47

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Creditor Classification |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 07/1997 | | | | | | |

| | | | | | | | Activity Description |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Paid |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | High Credit | Actual Payment Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/2005 | $0 | | 11/2004 | $438 | | $449 | 06/2002 | | | | | | 08/2002 |

Current Status - Charge Off; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account; ADDITIONAL INFORMATION - Paid Charge Off; Settlement Accepted on This Account; Auto;

Account History: 08/2002
with Status Codes: 1

## Countrywide Home Loans    400 Countrywide Way Simi Valley CA 93065-6298 ; (800) 669-6607

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Creditor Classification |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 03/2007 | $378,000 | | 30 Years | Monthly | 5 | |

| | | | | | | | Activity Description |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | High Credit | Actual Payment Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09/2007 | $377,247 | $3,444 | 09/2007 | | | $3,444 | 09/2007 | | | | | | |

Current Status - 30 - 59 Days Past Due; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Real Estate Mortgage; Conventional Mortgage;

## Countrywide Home Loans    400 Countrywide Way Simi Valley CA 93065-6298 ; (800) 669-6607

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Creditor Classification |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 06/2005 | $315,000 | | 30 Years | Monthly | 18 | |

| | | | | | | | Activity Description |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Paid and Closed |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | High Credit | Actual Payment Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 03/2007 | $0 | | 03/2007 | | | $2,892 | 03/2007 | | | | | | 03/2007 |

Current Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance;

## FIA Csna    4060 Ogletown Stanton Rd DE5-019-03-07 Newark DE 19713-3102 ; (800) 421-2110

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Creditor Classification |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 11/1993 | $2,900 | | | | 44 | |

| | | | | | | | Activity Description |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Paid |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | High Credit | Actual Payment Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/2006 | $0 | | | | | | 10/2000 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Joint Account;

( Continued On Next Page )

Page 4 of 8

15 S. MAIN ST., SUITE 600
GREENVILLE, SC 29601

||||||||||||||||||||||||||
174774442

**RESURGENT CAPITAL SERVICES, L**
1-888-665-0374
Fax: **1-866-467-0163**
Hours of Operation
8AM-7PM EST Monday - Thursday
8AM-5PM EST Friday

PREVIOUS CREDITOR: MCI Communications Services, Inc
CURRENT CREDITOR: LVNV Funding LLC
ACCOUNT NUMBER:

10-29-07

CLSD-C5-1                     EFH-AM-00004
||''||||||||||||||'|||'||||||||||||'||'||||
NETTIE NICHOLS

RESURGENT CAPITAL SERVICES, LP
PO BOX 10497
GREENVILLE SC 29603-0497
|||||||||||||||||||||||||||||||||||||||||||||||

Dear Nettie Nichols:

RE:  Account Number:

Thank you for your recent inquiry concerning the above referenced account. Based upon the research conducted by the Customer Service Department, the above referenced account has been closed. A request will be sent to the three major credit reporting agencies to delete this account.

We apologize for any inconvenience this matter may have caused.

If we can be of further assistance, please contact one of our Customer Service Representatives toll-free at 1-888-665-0374.

Sincerely,

Customer Service Department
Resurgent Capital Services, LP

*This communication is sent to you by Resurgent Capital Services, LP, a professional debt collector.*

**Please read the following important notices as they may affect your rights.**

EX-D

**Countrywide Home Loans** ; 400 Countrywide Way; Simi Valley CA 93065-6298 ; (800) 669-6607

| Account Number | | Date Opened 06/2005 | High Credit $315,000 | Credit Limit | | Terms Duration 30 Years | Terms Frequency Monthly | | Mnths Revd 19 | Activity Description Paid and Closed | Creditor Clasification | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Items As of Date Reported 03/2007 | Balance Amount $0 | Amount Past Due | Date of Last Payment 03/2007 | Actual Payment Amount | Scheduled Payment Amount $2,892 | Date of | Date Maj. Del. 1st Paid | Charge Off Amount | Mnths Revd | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 03/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Current Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Account
Closed At Consumers Request; Closed or Paid Account/Zero Balance;

**FMC-OMAHA Service Ctr** ; PO Box 54200 Omaha NE 68154-8000

| Account Number | | Date Opened 09/2000 | High Credit $43,060 | Credit Limit | | Terms Duration | Terms Frequency | | Mnths Revd 26 | Activity Description | Creditor Clasification | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Items As of 11/2007 | Balance Amount $27,974 | Amount $1,420 | Date of | Actual | Scheduled $717 | Date of 10/2002 | Date Maj. | Charge Off | Mnths Revd | Deferred Pay | Balloon Pay | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Current Status - 30 - 59 Days Past Due; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Auto;

*This is the same vehicle for both accounts, but they are reported*

| Account History with Status Codes | 01/2006 12/2002 10/2002 09/2002 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

*as being different cars with different account numbers*

**FMC-OMAHA Service Ctr** ; PO Box 54200 Omaha NE 68154-8000

| Account Number | | Date Opened 09/2000 | High Credit $43,060 | Credit Limit | | Terms Duration | Terms Frequency Monthly | | Mnths Revd | Activity Description Paid | Creditor Clasification | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Items As of Date Reported 09/2007 | Balance Amount $0 | Amount Past Due | Date of Last Payment 05/2004 | Actual Payment Amount $0 | Scheduled Payment Amount $717 | Date of Last Activity 05/2004 | Date Maj. Del. 1st Paid | Charge Off Amount | Mnths Revd | Deferred Pay Start Date | Balloon Pay Amount | Date Closed 03/2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Paid Repossession; Auto;

*Ford never reported me as repossed*

| Account History with Status Codes | 02/2004 01/2004 12/2003 09/2003 08/2003 07/2003 05/2003 02/2003 01/2003 12/2002 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Gemb/JC Penney** ; PO Box 981402 El Paso TX 79998-1402 ; (800) 542-0800

| Account Number | | Date Opened 03/2006 | High Credit $872 | Credit Limit | | Terms Duration | Terms Frequency Monthly | | Mnths Revd 19 | Activity Description | Creditor Clasification | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Items As of Date Reported 10/2007 | Balance Amount $872 | Amount Past Due $51 | Date of Last Payment 09/2007 | Actual Payment Amount $20 | Scheduled Payment Amount $43 | Date of Last Activity 09/2007 | Date Maj. Del. 1st Paid | Charge Off Amount | Mnths Revd | Deferred Pay Start Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Current Status - 30 - 59 Days Past Due; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Charge;
Amount in High Credit Column is Credit Limit; *JC Penney never reported me as 59 days late I called the company - they are going to send*

**Lynx Funding LLC** ; PO Box 1497 Greenville SC 29605-0497 ; (888) 865-0874

| Account Number | | Date Opened | High Credit $83 | Credit Limit | | Terms Duration | Terms Frequency | | Mnths Revd 5 | Activity Description | Creditor Clasification Financial | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Items As of Date Reported 10/2007 | Balance Amount $83 | Amount Past Due $83 | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity 10/2004 | Date Maj. Del. 1st Paid 08/2006 | Charge Off Amount | Mnths Revd | Deferred Pay Start Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Current Status - Collection Account; Type of Account - Open; Type of Loan - Factoring Company Account; Whose Account - Individual Account;   ADDITIONAL INFORMATION -
Collection Account; *This account never belonged to me.*

EX-D1

7301023203APP-000605770-1499-8074 -AS

(Continued On Next Page )

**·:::: Experian·**
A world of insight

Pr___ ed for
NE_ _ _E B NICHOLS
Report number

**Report date**
October 25, 2007
www.experian.com/disputes
Call 1 800 509 8495

Page 4 of 18

## Potentially negative items or items for further review continued

**LVNV FUNDING LLC**
PO BOX 10497
GREENVILLE SC 29603
(866) 464-1183
*Partial account number*
2FI3...

| | | | |
|---|---|---|---|
| Date opened | Date of status | Type | Responsibility |
| Jun 2006 | Sep 2006 | Installment | Individual |
| Reported since | Last reported | Terms | |
| Aug 2006 | Oct 2007 | 1 Months | |
| | | Monthly payment | |
| | | NA | |
| Credit limit or original amount | Recent balance | | |
| $83 | $83 as of Oct 2007 | | |
| High balance | | | |
| NA | | | |

Status: Collection account: $83 past due as of Oct 2007.

Account history:
Collection as of Feb 2007 to Oct 2007, Oct 2006 to Dec 2006, Aug 2006

This account is scheduled to continue on record until Jul 2009.

*I have never owed this company*

Original creditor: MCI

Purchased from: MCI COMMUNICATIONS
SERVICES I

**MCYDSNB**
9111 DUKE BLVD
MASON OH 45040
No phone number available
*Partial account number*

| | | | |
|---|---|---|---|
| Date opened | Date of status | Type | Responsibility |
| Mar 2006 | Aug 2007 | Revolving | Individual |
| Reported since | Last reported | Terms | |
| Sep 2006 | Oct 2007 | NA | |
| | | Monthly payment | |
| | | $5 | |
| Credit limit or original amount | Recent balance | | |
| $200 | $149 as of Oct 2007 | | |
| High balance | | | |
| $310 | | | |

Status: Open/Current, was past due 30 days.

Account history:
30 days as of Jul 2007

As of Apr 2014, this account is scheduled to go to a positive status.

See history of account balances for additional information.

**NATIONSTAR MORTGAGE LLC**
350 HIGHLAND DR
LEWISVILLE TX 75067
No phone number available
*Partial account number*

| | | | |
|---|---|---|---|
| Date opened | Date of status | Type | Responsibility |
| Feb 2001 | Jun 2005 | Mortgage | Joint with JOHN NICHOLS |
| Reported since | Last reported | Terms | |
| May 2004 | Jun 2005 | 30 Years | |
| | | Monthly payment | |
| | | NA | |
| Credit limit or original amount | Recent balance | | |
| $28,127 | NA | | |
| High balance | | | |
| NA | | | |

Status: Paid Closed/Past due 30 days.

Account history:
30 days as of May 2005

*EX 12*







EX-E

OFFICE OF PLANNING AND DEVELOPMENT

# CITY OF NEW ORLEANS

C RAY NAGIN
MAYOR

DONNA A. ADDKISON
CHIEF DEVELOPMENT OFFICER

## NOTICE OF VIOLATION

January 27, 2007

Nettie Nichols

Dear Owner:

The City of New Orleans through the Code Enforcement Division of Neighborhood 1 has determined that the property owned by you at                            is in violation of the provisions of Section 26-257, 26-258, or 26-263 (as amended) of the Code of the City of New Orleans. To avoid further action by the City, **please bring this property into full compliance by properly securing the premises, undertaking mold remediation, cleaning, gutting and removing all public nuisance and/or blight violations within thirty (30) days from the date of this notice.**

After the above mentioned thirty days your property will be re-inspected to determine whether you have complied with the City Code. If not you will be scheduled to appear before an Administrative Hearing Officer. An administrative hearing officer pursuant to the provisions of Chapter 6 of the City Code has the authority to declare the property a public nuisance and/or blighted property. If the property is declared a public nuisance, it is eligible for demolition by the City. If the property is declared blighted, it is subject to expropriation and can be seized or taken from you by further legal action.

Please be advised that the City has the right to enter private property determined to be a public nuisance to gut and remediate in the interest of public health, safety and well being of all citizens. Thereafter a lien may be imposed on the property to reimburse the City for the cost of remediation. Other penalties and hearing costs may be imposed if judgment is rendered against the property.

In an effort to assist you with remediation options, we have attached a *listing of remediation and free gutting contractors.* Should you require further clarification regarding this matter, please feel free to contact Ms. Marbarel Simmons at 658-4200. If you need further information regarding the City's Good Neighbor Plan, please contact the City's website at www.cityofno.com

Rebuilding New Orleans Now.

Winston H. Reid
Director of Code Enforcement

*"An Equal Opportunity Employer"*
1340 POYDRAS STREETS | SUITE 1000 | NEW ORLEANS, LOUISIANA | 70112
PHONE 504.658.4200 | FAX 504.658.4238



EX-F

Accela Automation: ShowPayDetail40 - 18108-D

Page 1 of 1

**RECEIPT**

**CITY OF NEW ORLEANS**
**CITY HALL**
**1300 PERDIDO ST.**
**NEW ORLEANS, LA 70112**

**Application:** 07BLD-03846
**Application Type:** Permits / Residential / Single (One-Family Unit) / Emergency Permit
**Address:**
**Owner Name:** NETTIE W NICHOLS
**Owner Address:**

| Receipt No.: | 91701 | | | | | |
|---|---|---|---|---|---|---|
| **Payment Method** | **Ref Number** | **Amount Paid** | **Payment Date** | | **Cashier ID** | **Comments** |
| Check | 938 | $80.00 | 04/13/2007 12:00:52 PM | | EBROWN | |

**Owner Info.:**    NETTIE W NICHOLS

**Work Description:**    HURRICANE DAMAGE REPAIRS TO INCLUDE: FLOORS, SHEETROCK, PLUMBING, ELECTRICAL NEW KITCHEN CABINETS, BATHROOM FIXTURES AND OTHER REPAIRS AS NEEDED TO MAKE THE HOME LIVEABLE.

T8108-D
Version 4.0

*EX-F*

*** 179777936-019 ***
P.O. Box 2000
Chester, PA 19022



12/19/2007    TransUnion.

P0F4HR00300835-I013251
NETTIE B. NICHOLS

Iı,lıllllıı,Iıınıı,lllıılııIllıllıı,lllıllıIlIıılıılı,lıl,ll

Our investigation of the dispute you recently submitted is now complete. The results are listed below.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
| --- | --- | --- |
| FORD MOTOR CREDIT | | NEW INFORMATION BELOW |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

*EX-G*

## TransUnion Personal Credit Score

NETTIE B. NICHOLS

**YOUR CREDIT SCORE**

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br><br>**Not Purchased**<br>(See Below)<br><br>Grade<br>-<br><br>Created on<br>12/19/2007 | <br>Unavailable<br>(See Below) | <br>Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 990 to 501 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

### About your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above, and was calculated with the VantageScore credit scoring formula. Your credit score is a snapshot of the contents of your credit report at the time the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a fast, fair and more objective manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

### Summary

You did not order a TransUnion credit score. You can purchase your credit score for $7.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

### Answers About Credit Scores

**• How are credit scores used?**

A credit score is just one of several factors a company usually uses when deciding to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies weigh each of these factors differently. By using a credit score, they can evaluate your application quickly, fairly and consistently.

**• How can I improve my credit score?**

A credit score is a snapshot of the contents of your credit report at the time it was calculated. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time. You should also review your credit report to ensure it is accurate.

**• How do inquiries affect my credit score?**

When your credit is checked by a business for the purpose of an application a 'hard inquiry' appears on your credit report. These inquiries can affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Inquiries have a greater impact if you have a limited credit history.

### Additional Information

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The VantageScore credit scoring model was used for this Score Analysis and is not necessarily the same scoring model that may be used by a lender. The resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

## See your 3-in-1 Credit Report!

Plus, you can see all 3 of your credit scores side-by-side. Quick & secure. See the full story instantly!

**Get your score: www.truecredit.com/score**

## Protect yourself from ID theft

Last year, 9.9 million people became victims of identity theft. Protect yourself, it's easy. We'll email you when your credit changes!

**Sign up now: www.truecredit.com/protect**

EX-G

File Number:
Page: 1 of 9
Date Issued: 12/19/2007

TransUnion.



## Personal Information

Name: NETTIE B. NICHOLS

SSN:
Date of Birth:
Telephone:
Your SSN is partially masked for your protection.

You have been on our files since 12/1985

### CURRENT ADDRESS
Address:

Date Reported: 12/200/

### PREVIOUS ADDRESS
Address:

Date Reported:

Address:

## EMPLOYMENT DATA REPORTED

Employer Name:
Date Reported: 08/2004

Position:
Hired:

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with "MED1", it includes medical information and the data following "MED1" is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.



| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency depending on your state of residence. The adverse information in these accounts has been printed in brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection.)

### CAPITAL ONE SERVICES #
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

Balance: $1,198
Date Updated: 12/2007
High Balance: $1,403
Credit Limit: $1,000

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 04/2001

Loan Type: CREDIT CARD
>Maximum delinquency of 90+ days occurred in 01/2003<

| Late Payments (48 months) | 30 | 60 | 90+ | Last 48 months |
|---|---|---|---|---|
| | 90 | | | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec |
| OK | OK | OK | X | OK | X | OK | X | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK |
| nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec |

*EX-G*

Consumer Credit Report for NETTIE B. NICHOLS

File Number:
Page:                    2 of 9
Date Issued:             12/19/2007

## CAPITAL ONE SERVICES #
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

Loan Type: CREDIT CARD

Balance:          $652
Date Updated:     11/2007
High Balance:     $652
Credit Limit:     $500

Pay Status:       PAID OR PAYING AS AGREED
Account Type:     REVOLVING ACCOUNT
Responsibility:   INDIVIDUAL ACCOUNT
Date Open:        12/2004

Late Payments (35 months)

| 30 | 60 | 90+ |
|----|----|-----|
| 1  | 0  | 0   |

Last 35 months

| oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | 30  | OK  | OK  | OK  | OK  | OK  | OK  | OK  |

| oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| OK  | OK  | X   | OK  | OK  | OK  | OK  | X   | OK  | OK  | OK  |

## DSNB/MACYS
9111 DUKE BLVD
MASON, OH 45040-8999
(800) 659-6229

Loan Type: CHARGE ACCOUNT

Balance:          $34
Date Updated:     12/2007
High Balance:     $310
Credit Limit:     $200

Pay Status:       PAID OR PAYING AS AGREED
Account Type:     CHARGE ACCOUNT
Responsibility:   INDIVIDUAL ACCOUNT
Date Open:        03/2006

Late Payments (15 months)

| 30 | 60 | 90+ |
|----|----|-----|
| 1  | 0  | 0   |

Last 15 months

| nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| OK  | OK  | OK  | OK  | 30  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  |

## FORD MOTOR CREDIT
PO BOX 542000
OMAHA, NE 68154-8000
(800) 727-7000

Loan Type: AUTOMOBILE
Remarks: ›PAID PROFIT AND LOSS‹
Estimated date that this item will be removed: 04/2009

Balance:          $0
Date Verified:    05/2004
High Balance:     $43,060
Terms:            068 MONTHLY $717

Pay Status:       ›PAYMENT AFTER CHARGE
                  OFF/COLLECTION‹
Account Type:     INSTALLMENT ACCOUNT
Responsibility:   JOINT ACCOUNT
Date Open:        09/2000
Date Closed:      05/2004

## GEMB/JCP
PO BOX 981402
EL PASO, TX 79998
(800) 542-0800

Loan Type: CHARGE ACCOUNT

Balance:          $722
Date Updated:     11/2007
High Balance:     $872
Credit Limit:     $900

Pay Status:       PAID OR PAYING AS AGREED
Account Type:     REVOLVING ACCOUNT
Responsibility:   INDIVIDUAL ACCOUNT
Date Open:        03/2006

Late Payments (20 months)

| 30 | 60 | 90+ |
|----|----|-----|
| 1  | 0  | 0   |

Last 20 months

| oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 30  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  |

## NATIONSTAR MORTGAGE LLC
350 HIGHLAND DR
LEWISVILLE, TX 75067
(888) 480-2432

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: CLOSED
Estimated date that this item will be removed: 05/2008

Balance:          $0
Date Updated:     07/2001
High Balance:     $28,127
Terms:            360 MONTHLY $333

Pay Status:       ›30 DAYS PAST DUE‹
Account Type:     MORTGAGE ACCOUNT
Responsibility:   PARTICIPANT ON ACCOUNT
Date Open:        02/2001
Date Closed:      07/2001

Late Payments (13 months)

| 30 | 60 | 90+ |
|----|----|-----|
| 1  | 0  | 0   |

Last 13 months

| jun | may | apr | mar | feb | '01 | dec | nov | oct | sep | aug | jul | jun |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 30  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  |

-0000080-

EX-G

Consumer Credit Report for NETTIE B. NICHOLS

File Number:
Page:                  3 of 9
Date Issued:           12/19/2007

TransUnion. 

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

### CATHERINES/SOANB
1103 ALLEN DRIVE
MILFORD, OH 45150
Phone number not available

Loan Type: CREDIT CARD
Remarks: ACCT CLOSED BY CREDIT GRANTOR

| Balance: | $0 |
| Date Updated: | 11/2007 |
| High Balance: | $1,101 |

Pay Status:      PAID OR PAYING AS AGREED
Account Type:    REVOLVING ACCOUNT
Responsibility:  INDIVIDUAL ACCOUNT
Date Opened:     12/1992
Date Paid:       03/2001

Late Payments (27 months): 30: 0  60: 0  90+: 0

Last 27 months:
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov |
| OK | OK | OK |
| oct | sep | aug |

### CHASE HOME FINANCE LLC
3415 VISION DR
COLUMBUS, OH 43219
(800) 848-9136

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: AFFCTD BY NTRL/DCLRD DISASTR

| Balance: | $22,688 |
| Date Updated: | 11/2007 |
| High Balance: | $23,100 |
| Terms: | 360 MONTHLY $318 |

Pay Status:      PAID OR PAYING AS AGREED
Account Type:    MORTGAGE ACCOUNT
Responsibility:  INDIVIDUAL ACCOUNT
Date Opened:     04/2006

Late Payments (16 months): 30: 0  60: 0  90+: 0

Last 16 months:
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul |

### CHASE HOME FINANCE LLC
3415 VISION DR
COLUMBUS, OH 43219
(800) 848-9136

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: AFFCTD BY NTRL/DCLRD DISASTR

| Balance: | $125,626 |
| Date Updated: | 11/2007 |
| High Balance: | $126,400 |
| Terms: | 240 UNSPECIFIED $1281 |

Pay Status:      PAID OR PAYING AS AGREED
Account Type:    MORTGAGE ACCOUNT
Responsibility:  INDIVIDUAL ACCOUNT
Date Opened:     07/2007

Late Payments (04 months): 30: 0  60: 0  90+: 0

Last 4 months:
| OK | OK | OK | OK |
| oct | sep | aug | jul |

### CITIFINANCIAL
P O BOX 499
HANOVER, MD 21076
(800) 922-6235

Loan Type: UNSECURED

| Balance: | $11,969 |
| Date Updated: | 11/2007 |
| High Balance: | $12,106 |
| Terms: | 60 MONTHLY $355 |

Pay Status:      PAID OR PAYING AS AGREED
Account Type:    INSTALLMENT ACCOUNT
Responsibility:  INDIVIDUAL ACCOUNT
Date Opened:     10/2007

Late Payments (01 month): 30: 0  60: 0  90+: 0

Last 1 month:
| OK |
| oct |

### COUNTRYWIDE HOME LOANS
450 AMERICAN ST SV416
SIMI VALLEY, CA 93065
(800) 669-5864

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: ACCOUNT CLOSED BY CONSUMER

| Balance: | $0 |
| Date Updated: | 03/2007 |
| High Balance: | $315,000 |
| Terms: | 360 MONTHLY $2892 |

Pay Status:      PAID OR PAYING AS AGREED
Account Type:    MORTGAGE ACCOUNT
Responsibility:  JOINT ACCOUNT
Date Opened:     06/2005
Date Closed:     03/2007

Late Payments (18 months): 30: 0  60: 0  90+: 0

Last 18 months:
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep |

Ex-G

Consumer Credit Report for NETTIE B. NICHOLS

File Number:
Page: 4 of 9
Date Issued: 12/19/2007

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**PRIME LENDING LLC DB VIA LANDSAFE CREDIT**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 11/28/2007   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**CAPITAL ONE HOME LOA VIA FAC/REP MTG**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 637-2422
Requested On: 11/07/2007   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**LIBERTY TRUST MORTGA VIA FAC/REP MTG**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 637-2422
Requested On: 09/28/2007   Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

**2250 CHASE BANKDENVE VIA JPMORGAN CHASE BANK, NA**
194 WOOD AVE SOUTH
ISELIN, NJ 08330
(732) 452-8640
Requested On: 08/20/2007   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**PRIME LENDING LLC DB VIA LANDSAFE CREDIT**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 06/27/2007   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**CHASE MANHATTAN MORT VIA CHASE**
504 VIRGINIA DR
FORT WASHINGTO, PA 19034
(215) 323-4768
Requested On: 06/14/2007   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**CHASE MANHATTAN MORT VIA CHASE**
504 VIRGINIA DR
FORT WASHINGTO, PA 19034
(215) 323-4768
Requested On: 05/02/2007   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**CHECK PLUS SYSTEMS**
1 CUPSAW DR
RINGWOOD, NJ 07456
(973) 616-5459
Requested On: 03/21/2007   Inquiry Type: INDIVIDUAL

**COUNTRYWIDE FSLD VIA LANDSAFE/COUNTRYWIDE FSL**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 11/20/2007   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**COUNTRYWIDE FSLD VIA LANDSAFE/COUNTRYWIDE FSL**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 10/26/2007   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**CHASE MANHATTAN MORT VIA CHASE**
504 VIRGINIA DR
FORT WASHINGTON, PA 19034
(215) 323-4768
Requested On: 08/27/2007   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**CHECK PLUS SYSTEMS**
1 CUPSAW DR
RINGWOOD, NJ 07456
(973) 616-5459
Requested On: 07/20/2007   Inquiry Type: INDIVIDUAL

**CSC FINANCIAL SERVIC VIA ADVANTAGE CREDIT**
15 W STRONG STREET
SUITE 20A
PENSACOLA, FL 32501
(850) 470-9336
Requested On: 06/26/2007   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**CAPITAL ONE AUTO FINANCE**
3905 N DALLAS PARK
ATTN: CREDIT DISPU
PLANO, TX 75093
Phone number not available
Requested On: 05/04/2007   Inquiry Type: INDIVIDUAL

**GLOBAL EQUITY LENDIN VIA CHASE CREDIT**
6350 LAUREL CANYON
4TH FLR SUITE 450
NORTH HOLLYWOO, CA 91606
(818) 762-6262
Requested On: 03/30/2007   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**COUNTRYWIDE FSLD VIA LANDSAFE/COUNTRYWIDE FSL**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 03/05/2007   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

*EX-G*

Consumer Credit Report for NETTIE B. NICHOLS

File Number:
Page:          5 of 9
Date Issued:   12/19/2007

TransUnion.

**CHASE MANHATTAN MORT VIA CHASE**
504 VIRGINIA DR
FORT WASHINGTO, PA 19034
(215) 323-4768
Requested On: 03/01/2007   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**CSC FINANCIAL SERVIC VIA ADVANTAGE CREDIT**
15 W STRONG STREET
SUITE 20A
PENSACOLA, FL 32501
(850) 470-9336
Requested On: 02/27/2007   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**COUNTRYWIDE FSLD VIA LANDSAFE/COUNTRYWIDE FSL**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 11/15/2006   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**FIRST HORIZON HOME L VIA TOTAL CREDIT SERVICES**
4001 W AIRPORT FRW
SUITE 510
BEDFORD, TX 76021
(817) 545-9277
Requested On: 09/26/2006   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**METRO AREA MORTGAGE VIA FIS CREDIT SERVICES**
918 ULSTER AVE
KINGSTON, NY 12401
(800) 322-3880
Requested On: 07/17/2006   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**METRO AREA MORTGAGE VIA FIS CREDIT SERVICES**
918 ULSTER AVE
KINGSTON, NY 12401
(800) 322-3880
Requested On: 06/29/2006   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**CHASE MANHATTAN MORT VIA CHASE**
504 VIRGINIA DR
FORT WASHINGTO, PA 19034
(215) 323-4768
Requested On: 05/12/2006   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**2250 ADVANCED FINANC VIA FACTUAL DATA-NATIONAL**
5200 HAHNS PEAK DR
LOVELAND, CO 80538
(970) 663-5700
Requested On: 03/14/2006   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**CSC FINANCIAL SERVIC VIA ADVANTAGE CREDIT**
15 W STRONG STREET
SUITE 20A
PENSACOLA, FL 32501
(850) 470-9336
Requested On: 02/28/2007   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**CSC FINANCIAL SERVIC VIA ADVANTAGE CREDIT**
15 W STRONG STREET
SUITE 20A
PENSACOLA, FL 32501
(850) 470-9336
Requested On: 12/27/2006   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**CITYWIDE MORTGAGE CO VIA EQUIFAX MORTGAGE SERVICE**
1600 PEACHTREE ST
ATLANTA, GA 30309
(800) 333-0037
Requested On: 11/09/2006   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**LEGACY FINANCIAL COR VIA MORTGAGE CREDIT REPORTS**
1430 JOH AVE
SUITE L
BALTIMORE, MD 21227
Phone number not available
Requested On: 07/27/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**COUNTRYWIDE FSLD VIA LANDSAFE/COUNTRYWIDE FSL**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 07/13/2006   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**SECURED FUNDING CORP VIA FIS CREDIT SERVICES**
918 ULSTER AVE
KINGSTON, NY 12401
(800) 322-3880
Requested On: 06/22/2006   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**SECURED FUNDING CORP VIA 1 SOURCE DATA**
2335 CAMINO VIDA R
CARLSBAD, CA 92006
(800) 922-1301
Requested On: 03/21/2006   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**CHASE MANHATTAN MORT VIA CHASE**
504 VIRGINIA DR
FORT WASHINGTO, PA 19034
(215) 323-4768
Requested On: 03/01/2006   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

*EX-G*

Consumer Credit Report for NETTIE B. NICHOLS

File Number:
Page:                6 of 9
Date Issued:         12/19/2007

**HECHTS NEW ACCTS**
300 SHEFFIELD CTR
LORAIN, OH 44055
(440) 233-2700
Requested On: 02/14/2006   Inquiry Type: INDIVIDUAL

**COUNTRYWIDE FSLD VIA LANDSAFE/COUNTRYWIDE FSL**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 02/08/2006   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**FIRST PREMIER**  Requested On: 11/2007
PO BOX 5114
SIOUX FALLS, SD 57117-5114
(800) 584-7097

**CITIFINANCIAL**  Requested On: 08/2007
POB 499
HANOVER, MD 21076
(800) 352-6070

**HSEHLD FINANCE BNFL FINC**  Requested On: 08/2007
PO BOX 1547
CHESAPEAKE, VA 23327
(800) 365-0175

**T-MOBILE**  Requested On: 08/2007
12920 SE 38TH ST
BELLEVIEW, WA 98006
(800) 937-8997

**HSEHLD FINANCE BNFL FINC**  Requested On: 07/2007
PO BOX 1547
CHESAPEAKE, VA 23327
(800) 365-0175

**CITIFINANCIAL**  Requested On: 05/2007
POB 499
HANOVER, MD 21076
(800) 352-6070

**T-MOBILE**  Requested On: 05/2007
12920 SE 38TH ST
BELLEVIEW, WA 98006
(800) 937-8997

**AEGON / STONEBRIDGE LIFE**  Requested On: 04/2007
20 MOORES ROAD
VALLEY FORGE, PA 19493
(800) 732-1821

**FIRST PREMIER**  Requested On: 04/2007
PO BOX 5114
SIOUX FALLS, SD 57117-5114
(800) 584-7097

**HOME LOAN & INVESTMENT B**  Requested On: 04/2007
2 ALTIERI WAY
WARWICK, RI 02886-1764
(401) 739-8800

**ADVANCED FINANCIAL SERVI**  Requested On: 08/2007
25 ENTERPRISE CTR
MIDDLETOWN, RI 02842-5201
Phone number not available

**FIRST PREMIER**  Requested On: 08/2007
PO BOX 5114
SIOUX FALLS, SD 57117-5114
(800) 584-7097

**HSEHLD FINANCE BNFL FINC**  Requested On: 08/2007
PO BOX 1547
CHESAPEAKE, VA 23327
(800) 365-0175

**ADVANCED FINANCIAL SERVI**  Requested On: 07/2007
25 ENTERPRISE CTR
MIDDLETOWN, RI 02842-5201
Phone number not available

**CITIFINANCIAL**  Requested On: 06/2007
POB 499
HANOVER, MD 21076
(800) 352-6070

**FIRST PREMIER**  Requested On: 05/2007
PO BOX 5114
SIOUX FALLS, SD 57117-5114
(800) 584-7097

**ADVANCED FINANCIAL SERVI**  Requested On: 04/2007
25 ENTERPRISE CTR
MIDDLETOWN, RI 02842-5201
Phone number not available

**CITIFINANCIAL**  Requested On: 04/2007
POB 499
HANOVER, MD 21076
(800) 352-6070

**FIRST PREMIER**  Requested On: 04/2007
PO BOX 5114
SIOUX FALLS, SD 57117-5114
(800) 584-7097

**HOUSEHOLD FINANCE**  Requested On: 04/2007
PO BOX 1547
CHESAPEAKE, VA 23327-1058
(800) 365-0175



EX-G

R-0E4HR-003-00835-J013258-08/18

Consumer Credit Report for NETTIE B. NICHOLS

File Number:
Page:                7 of 9
Date Issued:         12/19/2007

TransUnion.

**ADVANCED FINANCIAL SERVI**  Requested On: 03/2007
25 ENTERPRISE CTR
MIDDLETOWN, RI 02842-5201
Phone number not available

**COMPUCREDIT/CB&T**  Requested On: 02/2007
PO BOX 105555
ATLANTA, GA 30348
(800) 348-8783

**AEGON / PEOPLES BENEFIT**  Requested On: 01/2007
20 MOORES ROAD
VALLEY FORGE, PA 19493
(800) 523-7900

**T-MOBILE**  Requested On: 01/2007
12920 SE 38TH ST
BELLEVIEW, WA 98006
(800) 937-8997

**BAR NONE CONSUMER FINANC**  Requested On: 12/2006
6800 KOLL CENTER P
PLEASANTON, CA 94566
(800) 821-5098

**CITIFINANCIAL**  Requested On: 12/2006
POB 499
HANOVER, MD 21076
(800) 352-6070

**AEGON / STONEBRIDGE LIFE**  Requested On: 10/2006
20 MOORES ROAD
VALLEY FORGE, PA 19493
(800) 732-1821

**UNITRIN**  Requested On: 09/2006
2790 B PARK DRIVE
VISTA, CA 92083
(760) 599-4700

**THE HARTFORD**  Requested On: 07/2006
8 FARM SPRINGS RD
FARMINGTON, CT 06032-2526
Phone number not available

**AEGON / STONEBRIDGE LIFE**  Requested On: 01/2006
20 MOORES ROAD
VALLEY FORGE, PA 19493
(800) 732-1821

**CITIFINANCIAL**  Requested On: 02/2007
POB 499
HANOVER, MD 21076
(800) 352-6070

**WILMINGTON FINANCE**  Requested On: 02/2007
401 PLYMOUTH ROAD
PLYMOUTH MEETI, PA 19462
(877) 963-4968

**OAK STREET MORTGAGE**  Requested On: 01/2007
11595 N MERIDIAN
SUITE 400
CARMEL, IN 46032
(317) 805-3200

**WILMINGTON FINANCE**  Requested On: 01/2007
401 PLYMOUTH ROAD
PLYMOUTH MEETI, PA 19462
(877) 963-4968

**CAPITAL CREDIT ALLIANCE**  Requested On: 12/2006
POB 46101
LAS VEGAS, NV 89114
(800) 760-4045

**H & R BLOCK**  Requested On: 12/2006
2020 E FIRST STRE
SANTA ANA, CA 92705
Phone number not available

**THE HARTFORD**  Requested On: 10/2006
8 FARM SPRINGS RD
FARMINGTON, CT 06032-2526
Phone number not available

**AEGON / STONEBRIDGE LIFE**  Requested On: 07/2006
20 MOORES ROAD
VALLEY FORGE, PA 19493
(800) 732-1821

**UNITRIN**  Requested On: 07/2006
2790 B PARK DRIVE
VISTA, CA 92083
(760) 599-4700

**MUTUAL OF OMAHA**  Requested On: 12/2005
MUTUAL OF OMAHA PL
OMAHA, NE 68175-0001
Phone number not available

*EX-G*

P 0E4HR-00E 00825 J013259 09/18

Consumer Credit Report for NETTIE B. NICHOLS

File Number:
Page: 8 of 9
Date Issued: 12/19/2007

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you, and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 11/2007

**COUNTRYWIDE HOME LOA VIA FAC/REP MTG**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 637-2422
Requested On: 11/2007
Permissible Purpose: CREDIT TRANSACTION

**NETTIE B NICHOLS VIA TRUE LINK, INC.**
100 CROSS ST
SAN LUIS OBISP, CA 93401
Phone number not available
Requested On: 11/2007
Permissible Purpose: CREDIT MONITORING

**NETTIE B NICHOLS VIA TRUE LINK, INC.**
100 CROSS ST
SAN LUIS OBISP, CA 93401
Phone number not available
Requested On: 11/2007
Permissible Purpose: CREDIT MONITORING

**TRUE LINK, INC.**
100 CROSS ST
SAN LUIS OBISP, CA 93401
Phone number not available
Requested On: 11/2007
Permissible Purpose: CREDIT MONITORING

**TRUE LINK, INC.**
100 CROSS ST
SAN LUIS OBISP, CA 93401
Phone number not available
Requested On: 11/2007
Permissible Purpose: CREDIT MONITORING

**TRUE LINK, INC.**
100 CROSS ST
SAN LUIS OBISP, CA 93401
Phone number not available
Requested On: 11/2007
Permissible Purpose: CREDIT MONITORING

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 10/2007

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 09/2007

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 08/2007

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 07/2007

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 06/2007

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 05/2007

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 04/2007

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 02/2007

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 01/2007

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 12/2006

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 11/2006



*EX-G*

Consumer Credit Report for NETTIE B. NICHOLS

File Number:
Page:                9 of 9
Date Issued:        12/19/2007

TransUnion.

**CAPITAL ONE SERVICES**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070
Requested On: 10/2006

**FANNIE MAE CONSUMER RESO**
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016-2806
(800) 732-6643
Requested On: 09/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 07/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 04/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 02/2006

**NETTIE B NICHOLS VIA TRUE LINK, INC.**
100 CROSS ST
SAN LUIS OBISP, CA 93401
Phone number not available
Requested On: 01/2006
Permissible Purpose: CONSUMER REQUEST

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 09/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 08/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 05/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 03/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 01/2006

## Special Messages

OTHER MESSAGES: INPUT SSN HAS BEEN USED (003) TIMES IN THE LAST (30) DAYS ON DIFFERENT INQUIRIES

Should you wish to contact TransUnion, you may do so,

**At our web site:**
http://transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday, except major holidays. **Residents of Alaska and Hawaii please note:** Hours of operation are 8:30 a.m. to 4:30 p.m. in your local time zone.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

*EX-G*

P 0F4HR-003 00835-J013261 11/16

## Summary of Rights

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, the consumer reporting agency is not required to remove accurate derogatory information from your file unless it is outdated (as described below) or cannot be verified. A consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

*EX-G*

## DISTRICT OF COLUMBIA NOTICE OF RIGHTS

District of Columbia law gives you the right to place a "security freeze" on your credit report. A security freeze restricts when a credit reporting agency may release information in your credit report without your express authorization or approval.

A security freeze is designed to help prevent credit, loans, and services from being approved in your name without your consent. To obtain a security freeze, you should contact each credit reporting agency. When you place a security freeze on your credit report, the credit reporting agency will send you a personal identification number or password to use if you later choose to lift the freeze from your credit report, or to authorize the release of your credit report to a specific party or parties, or for a specific period of time after the freeze is in place. To provide that authorization, you must contact the credit reporting agency and provide all of the following:

1. The unique personal identification number or password provided by the credit reporting agency.
2. Verification of your identity.
3. Information regarding who may receive the credit report or the period of time for which the report shall be made available.

Upon receiving your proper request to lift temporarily a freeze from your credit report, the credit reporting agency shall comply within 3 business days. Beginning September 1, 2008, the credit reporting agency is required to provide methods, including web-based and telephonic methods, for you to request that the freeze be temporarily lifted within 15 minutes.

A security freeze does not apply when you have an existing account relationship and a copy of your report is requested by your existing account relationship and a copy of your report is requested by your existing creditor or its agents or affiliates for certain types of account review, collection, fraud control or similar activities.

If you are actively seeking credit, the procedures involved in lifting a security freeze may slow your own applications for credit. You should plan ahead and consider lifting a freeze either completely if you are shopping around, or for specific creditor before actually applying for new credit. Beginning September 1, 2008, you will be able to have a credit reporting agency temporarily lift a freeze on your credit report within 15 minutes of your request.

You have a right to take legal action against a credit reporting agency or anyone who fraudulently caused the release of your credit information.

EX-G





John and *Lettie Nichols*

RETURN RECEIPT
REQUESTED

Equifax Information Services LLC
CSC Lawyers Incorporating Service Company
7 St. Paul Street, Suite 1660
Baltimore, MD 21202

# Exhibit B



*Service 1/11*



**CORPORATION SERVICE COMPANY°**

## Notice of Service of Process

AP1 / ALL
Transmittal Number: 5535567
Date Processed: 01/11/2008

| | |
|---|---|
| Primary Contact: | Stephanie Peltier<br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309 |
| Copy of transmittal only provided to: | Alicia Fluellen<br>Ann Allinson<br>Katie Voss<br>LaTonya Munson<br>Misty Speake<br>Troy Kubes<br>Zach Wood |

| | |
|---|---|
| Entity: | Equifax Information Services LLC<br>Entity ID Number  0635578 |
| Entity Served: | Equifax Information Services LLC |
| Title of Action: | Nettie Nichols vs. Equifax Credit Bureau |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Other |
| Court: | Superior Court, District Of Columbia |
| Case Number: | 70063450000090394527 |
| Jurisdiction Served: | Maryland |
| Date Served on CSC: | 01/11/2008 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Nettie Nichols<br>301-568-6200 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

Exhibit B

# Exhibit C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and<br>JOHN H. NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX CREDIT BUREAU, NCAC,<br>TRANSUNION CONSUMER RELATIONS<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NUMBER:<br>)<br>)<br>)<br>)<br>) |

## TRANS UNION LLC'S JOINDER AND CONSENT TO REMOVAL

Trans Union LLC ("Trans Union"), improperly pled as Transunion Consumer Relations, joins in and consents to the removal of this action from the Superior Court of the District of Columbia (the "Superior Court") to this Court. Removal of this action is proper for the reasons set forth in the Notice of Removal and Exhibits thereto filed by co-defendant Equifax Information Services LLC, improperly pled as Equifax Credit Bureau.

Trans Union has not received service of process of the Complaint in the Superior Court. This Joinder and Consent is not a waiver of the insufficiency of process; failure of service of process; or any other claims or defenses.

Respectfully submitted,

H. Mark Stichel, Esq.
D.C. Bar No. 503038
GOHN, HANKEY & STICHEL, LLP
201 North Charles Street, Suite 2101
Baltimore, MD 21201
(410) 752-9300; Fax: (410) 752-2519
Email: hmstichel@ghsllp.com

*Attorney for Trans Union LLC*

DATED:     January 28, 2008

<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF COLUMBIA</u>

**NETTIE B. NICHOLS AND**
**JOHN H. NICHOLS**

        **Plaintiffs,**

     **v.**

**EQUIFAX CREDIT BUREAU,**
**NCAC, TRANSUNION CONSUMER**
**RELATIONS,**

       **Defendants.**

**CASE NUMBER:**

<u>**DEFENDANT EXPERIAN'S JOINDER AND CONSENT TO REMOVAL**</u>

Without waiving any defenses, defendant Experian Information Solutions ("Experian"), erroneously sued as "NCAC," hereby joins in and consents to the removal of this action from the Superior Court of the District of Columbia to this Court. Removal of this action is proper for the reasons set forth in the Notice of Removal and Exhibits thereto filed by co-defendant Equifax Information Services LLC, erroneously sued as Equifax Credit Bureau.

Dated: January 30, 2008

Respectfully Submitted,

Tashena Middleton Moore
Joseph W. Clark
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Nettie B. Nichols, John H. Nichols  308 Oglethorpe St. NE; Washington, DC  20011 | Equifax Credit Bureau, 1550 Peachtree St., Atlanta, GA  30309; NCAC  P.O. Box 9556 Allen, TX 75031; TransUnion Consumer Relations, P.O. Box 2000, Chester, PA 19022-2000. |

|   |   |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF     11001 (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Pro Se | For Equifax:  Megan K. Greene, King & Spalding LLP, 1700 Pennsylvania Avenue Washington, DC 20006 |

## II. BASIS OF JURISDICTION

(PLACE an x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

● 3 Federal Question (U.S. Government Not a Party)

○ 2 U.S. Government Defendant

○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE An x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A.  Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**     OR     ● **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G. Habeas Corpus/ 2255** | ☐ **H. Employment Discrimination** | ☐ **I. FOIA/PRIVACY ACT** | ☐ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K. Labor/ERISA (non-employment)** | ☐ **L. Other Civil Rights (non-employment)** | ☐ **M. Contract** | ☐ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Plaintiff contends that Defendants have violated the Fair Credit Reporting Act, 15 U.S.C. section 1681, et seq.

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _ _ _ _ _ _ _ _ _    Check YES only if demanded in complaint

JURY DEMAND:    YES ☐    NO ☒

## VIII. RELATED CASE(S) IF ANY

(See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE **Jan. 30, 2008**    SIGNATURE OF ATTORNEY OF RECORD    *Megan Shine*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Nettie D. Nichols, et al_
Plaintiff

v.

Civil Action No.    08  0185

JAN 3 1 2008

_Equifax Credit Bureau, et al_
Defendant

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **BATES, J. JDB**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _____
Deputy Clerk

cc: _Nettie B. Nichols_
_John H. Nichols_

929A
Rev. 7/02