IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and<br>JOHN H. NICHOLS,<br><br>        Plaintiffs,<br><br>v.<br><br>EQUIFAX CREDIT BUREAU<br>NCAC and TRANSUNION<br>CONSUMER RELATIONS,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S RULE 7.1 DISCLOSURE

Per Fed. R. Civ. P. 7.1, Equifax Information Services LLC, states that it is a successor-in-interest to Equifax Credit Information Services, Inc., and is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

This 31st day of January, 2008.

                                              Respectfully submitted,

                                              EQUIFAX INFORMATION
                                              SERVICES LLC

By: /s/ Megan Greene
                                              Brian R. Meiners
                                              D.C. Bar No. 482039
                                              Megan K. Greene
                                              D.C. Bar No. 488428
                                              King & Spalding LLP
                                              1700 Pennsylvania Avenue NW
                                              Suite 200
                                              Washington, D.C. 20006-2706
                                              Phone: (202) 626-2910

4869441

US1900 9156154.1

Fax: (202) 626-3737
Email: BMeiners@KSlaw.com

Of Counsel:
K. Ann Broussard
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Phone: (404) 572-4600
Fax: (404) 572-5100
Email: ABroussard@KSLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S RULE 7.1 DISCLOSURE** was filed and served by mail on anyone unable to accept electronic filing to the following:

Nettie B. Nichols
John H. Nichols
308 Oglethorpe St., N.E.
Washington, D.C. 20011

Dated: January 31, 2008

*/s/ Megan K. Greene*
Megan K. Greene

King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 200
Washington, D.C. 20006-2706
Phone: (202) 626-2910
Fax: (202) 626-3737

4869441

3

US1900 9156154.1