IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and <br> JOHN H. NICHOLS, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX CREDIT BUREAU <br> NCAC and TRANSUNION <br> CONSUMER RELATIONS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ANSWER AND DEFENSES OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO PLAINTIFFS' COMPLAINT

COMES NOW Defendant Equifax Information Services LLC ("Equifax"), incorrectly identified in Plaintiffs' Complaint as "Equifax Credit Bureau," by counsel, and hereby files its Answer to Plaintiff's Complaint as follows:

Equifax denies the allegations contained in the first unnumbered paragraph as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the first unnumbered paragraph of Plaintiffs' Complaint.

1.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiffs' Complaint.

2.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiffs' Complaint.

Equifax denies the allegations contained in the unnumbered paragraph as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a

4869441

belief as to the truth of the remaining allegations contained in the unnumbered paragraph of Plaintiffs' Complaint.

3. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiffs' Complaint.

4. Equifax denies the allegations contained in Paragraph 4 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 4 of Plaintiffs' Complaint.

Equifax denies the allegations contained in the unnumbered paragraph as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the unnumbered paragraph of Plaintiffs' Complaint.

Equifax denies the allegations contained in the unnumbered paragraph as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the unnumbered paragraph of Plaintiffs' Complaint.

Equifax denies the allegations contained in the unnumbered paragraph as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the unnumbered paragraph of Plaintiffs' Complaint.

Equifax denies the allegations contained in the unnumbered paragraph as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the unnumbered paragraph of Plaintiffs' Complaint.

Equifax denies that Plaintiffs are entitled to any of the relief set forth in their Prayer for Relief.

## DEFENSES

Without assuming the burden of proof where it otherwise rests with the Plaintiffs, Equifax pleads the following defenses to Plaintiffs' Complaint:

## FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim or cause of action against Defendant Equifax upon which relief can be granted.

## SECOND DEFENSE

Equifax has complied with the Fair Credit Reporting Act in its handling of plaintiffs' credit files and is entitled to each and every defense stated in the Act and any and all limitations of liability.

## THIRD DEFENSE

Plaintiffs' damages, if any, were not caused by Equifax, but by another person or entity for whom or for which Equifax is not responsible.

## FOURTH DEFENSE

At all relevant times herein, the plaintiffs' alleged damages, which Equifax denies exist, were aggravated by the failure of the plaintiffs to use reasonable diligence to mitigate the same. Therefore, plaintiffs' recovery, if any, should be barred or decreased by reason of their failure to mitigate alleged losses.

## FIFTH DEFENSE

Plaintiffs' complaint seeks the imposition of punitive damages. Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional protections

mandated or provided by the United States Supreme Court in the following cases: <u>BMW v. Gore</u>, 517 U.S. 559 (1996); <u>Cooper Indus., Inc. v. Leatherman Tool Group, Inc.</u>, 532 U.S. 923 (2001) and <u>State Farm v. Campbell</u>, 538 U.S. 408 (2003).

### SIXTH DEFENSE

Some, or all, of Plaintiff's claims are barred by applicable statutes of limitation.

### SEVENTH DEFENSE

Equifax denies each and every averment of Plaintiff's Complaint not specifically admitted in this Answer.

### EIGHTH DEFENSE

Equifax reserves the right to have additional defenses that it learns through the course of discovery.

WHEREFORE, having fully answered Plaintiffs' Complaint, Equifax prays that:

(1)   Plaintiffs' Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiffs;

(2)   That Equifax be dismissed as a party to this action;

(3)   That Equifax recover from Plaintiffs its expenses of litigation, including attorneys' fees; and

(4)   That Equifax recover such other and additional relief as the Court deems just and appropriate.

This 31st day of January, 2008.

Respectfully submitted,

EQUIFAX INFORMATION
SERVICES LLC

By: /s/ Megan Greene
Brian R. Meiners
D.C. Bar No. 482039
Megan K. Greene
D.C. Bar No. 488428
King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 200
Washington, D.C. 20006-2706
Phone: (202) 626-2910
Fax: (202) 626-3737
Email: BMeiners@KSlaw.com

Of Counsel:
K. Ann Broussard
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Phone: (404) 572-4600
Fax: (404) 572-5100
Email: ABroussard@KSLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES LLC ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT** was filed and served by mail on anyone unable to accept electronic filing to the following:

Nettie B. Nichols
John H. Nichols
308 Oglethorpe St., N.E.
Washington, D.C. 20011


Dated: January 31, 2008

*/s/ Megan Greene*
Megan K. Greene


King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 200
Washington, D.C. 20006-2706
Phone: (202) 626-2910
Fax: (202) 626-3737