UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NETTIE B. NICHOLS AND JOHN H. NICHOLS,** | § § § § § § § § § § § § § § | |
| Plaintiffs, | | Civil No. 1:08-cv-00185 |
| v. | | |
| **EQUIFAX CREDIT BUREAU, NCAC, TRANSUNION CONSUMER RELATIONS,** | | |
| Defendants. | | |

## DEFENDANT EXPERIAN INFORMATION SOLUTION, INC'S
## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and in order to enable the Court to evaluate possible disqualification or recusal, defendant Experian Information Solutions, Inc. ("Experian"), erroneously sued as "NCAC," by its counsel, hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case:

1. Parent Companies: Experian Group Limited is the parent company of Experian. Experian Group Limited owns 100% of Experian.

2. Publicly Held Companies: Experian Group Limited is the only publicly-traded entity that directly or indirectly owns Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

3. Subsidiaries Not Wholly-Owned: The following companies are subsidiaries of Experian that are not wholly-owned:

    (a) First American Real Estate Solutions, LLC

    (b) First American Real Estate Solutions II, LLC

    (c) Vehicle Title LLC

      (d)      Central Source LLC

      (e)      Online Data Exchange LLC

      (f)      New Management Services LLC

      (g)      VantageScore Solutions LLC

Dated: February 7, 2008                      Respectfully submitted,

                                                /s/   Joseph W. Clark
                                                Joseph W. Clark  (D. C. Bar No. 468782)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Phone: (202) 879-3939
Fax:    (202) 626-1700
E-mail:  jwclark@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2008, a copy of the foregoing **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S FINANCIAL INTEREST DISCLOSURE STATEMENT** was filed with the Clerk of the Court using the CM/ECF system, which then sent notification of such filing to the following:

Brian R. Meiners
Megan K. Greene
King & Spalding LLP
1700 Pennsylvania Ave. NW
Suite 200
Washington, D.C. 20006-2706
Phone: (202) 626-2910

K. Ann Broussard
King & Spalding LLP
1180 Peachtree Street N.W.
Atlanta, GA 30309-3521
Phone: (404) 572-4600

Counsel for Defendant
Equifax Information Services, LLC

I also certify that a copy was served by First Class mail on the following persons unable to receive service electronically:

Nettie B. Nichols
John H. Nichols
308 Oglethorpe St., NE
Washington, D.C. 20011

Plaintiffs, *pro se*

Dated: February 7, 2008                              /s/      Joseph W. Clark
                                                              Joseph W. Clark