UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NETTIE B. NICHOLS, et al.,

Plaintiffs,

v.

EQUIFAX CREDIT BUREAU, et al,

Defendants.

Civil Action No. 08-00185 (JDB)

FILED
FEB 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER FOR INITIAL SCHEDULING CONFERENCE

It is hereby **ORDERED** that the initial scheduling conference in this matter is set for March 18, 2008 at 9:00 a.m. Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise. Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure, and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference. Counsel also may include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter. See L. Civ. R. 5.1(b). The parties are directed to the requirements of Local Civil

-1-

Rule 7 (c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7 (m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

**SO ORDERED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   February 11, 2008

*Copies to*:

Nettie B. Nichols and John H. Nichols
308 Oglethorpe Street, NE
Washington, DC 20011
*Plaintiffs pro se*

Megan Kathleen Greene
KING & SPALDING
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 737-0500
*Counsel for defendant Equifax Credit Bureau*

Joseph William Clark
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3697
*Counsel for defendant NCAC*