UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NETTIE B NICHOLS, et al.,

    Plaintiffs,

    v.          Civil Action No. 08-00185 (JDB)

EQUIFAX CREDIT BUREAU, et al,

    Defendants.

AFFIDAVIT OF SERVICE

I, John H. Nichols mailed the summons and complaint registered mail to Experian Information Solutions, Inc., on January 9, 2008.

[USPS Domestic Return Receipt (PS Form 3811) affixed, addressed to: Experian Information Solutions, Inc., The Corporation Trust Incorporated, 300 E. Lombard St., Baltimore, MD 21202; Article Number 7006 3450 0000 9039 4534; Certified Mail; signed/dated 1/11/08]

Signature
John H. Nichols
308 Oglethorpe St. N.E.
Washington, D.C. 20011
202-832-3467

RECEIVED
FEB 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NETTIE B NICHOLS, et al.,

    Plaintiffs,

v.                                             Civil Action No. 08-00185 (JDB)

EQUIFAX CREDIT BUREAU, et al,

    Defendants.

AFFIDAVIT OF SERVICE

I, John H. Nichols mailed the summons and complaint registered mail to Equifax Information Services, LLC, on January 9, 2008.

[Domestic Return Receipt - PS Form 3811, February 2004]
- Article Addressed to: Equifax Information Services, LLC, CSC Lawyers Incorporating Svc. Co., 7 St. Paul Street, Suite 1660, Baltimore, MD 21202
- Signature: CY GRUENINGER
- Date of Delivery: 1/11/08
- Service Type: Certified Mail
- Article Number: 7006 3450 0000 9039 4527

Signature
John H. Nichols
308 Oglethorpe St. N.E.
Washington, D.C. 20011
202-832-3467

RECEIVED
FEB 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NETTIE B NICHOLS, et al.,

    Plaintiffs,

v.                                                                 Civil Action No. 08-00185 (JDB)

EQUIFAX CREDIT BUREAU, et al,

    Defendants.

AFFIDAVIT OF SERVICE

I, John H. Nichols mailed the summons and complaint registered mail to TransUnion LLC, on January 9, 2008.

Their copy was returned on January 15, 2008, postmarked: Moved, left no address. It was mailed again on January 18, 2008, to the parent company in Chicago, IL. It was returned on January 13, 2008, because TransUnion did not list a suite number with that address. A copy was mailed a third time to the attorney for TransUnion on February 11, 2008.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trans Union LLC
c/o Gohn, Hankey & Stichell, LLP
201 North Charles Street, Ste 2101
Baltimore, MD 21201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 2-13-08

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0000 9041 0883

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

John H. Nichols
308 Oglethorpe St. N.E.
Washington, D.C. 20011
202-832-3467

RECEIVED
FEB 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT