UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and JOHN H. NICHOLS )<br>            Plaintiffs,            )<br>                                           )<br>v.                                        )<br>                                           )<br>EQUIFAX CREDIT BUREAU, et al., )<br>                                           )<br>            Defendants.            )<br>_____ ) | CASE NO.: 1:08-CV-00185-JDB |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR ADMISSION *PRO HAC VICE* OF KEASHA ANN BROUSSARD**

Pursuant to Local Civil Rule 83.2(d), Defendant Equifax Information Services LLC (incorrectly sued as Equifax Credit Bureau), by its undersigned counsel, respectfully moves this Honorable Court for the Admission *Pro Hac Vice* of out-of-state attorney Keasha Ann Broussard for purposes of this case. As reflected in the attached Declaration, Ms. Broussard is a member in good standing before the State Bar of Georgia, Northern District of Georgia, State Bar of Alabama and Northern District of Illinois.

This 27th day of February, 2008.

                                              Respectfully submitted,

                          By:    /s/ Megan K. Greene_____
                                   Megan K. Greene
                                   King & Spalding LLP
                                   1700 Pennsylvania Avenue, NW
                                   Washington, DC  20006
                                   Tel: 202-737-0500
                                   Fax: 202-626-3737

                                   Attorneys for Defendant Equifax
                                   Information Services LLC

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Motion for Admission Pro Hac Vice of Keasha Ann Broussard will be served through posting to the Court's Case Management & Electronic File system (ECF), and that I have this day caused a true and correct copy of the foregoing Motion to be served by U.S. Mail to those persons unable to receive service electronically:

Nettie B. Nichols
308 Oglethorpe Street, NE
Washington, DC  20011
*(Pro Se Plaintiff)*

John H. Nichols
308 Oglethorpe Street, NE
Washington, DC  20011
*(Pro Se Plaintiff)*

Joseph William Clark
Jones Day
51 Louisiana Avenue, NW
Washington, DC  20001
*(Counsel for NCAC)*

This 27th day of February, 2008.

/s/ Megan K. Greene_____
Megan K. Greene

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and JOHN H. NICHOLS ) ) | |
| Plaintiffs, ) ) | |
| v. ) | CASE NO.: 1:08-CV-00185-JDB |
| ) ) | |
| EQUIFAX CREDIT BUREAU, et al., ) ) | |
| Defendants. ) ) | |

## DECLARATION OF KEASHA ANN BROUSSARD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF GEORGIA

COUNTY OF FULTON

PERSONALLY appeared before the undersigned officer, duly authorized by law to administer oaths, Keasha Ann Broussard, who after first being duly sworn, deposes and states as follows:

1. My name is Keasha Ann Broussard. I am an attorney with the law firm of King & Spalding, LLP, 1180 Peachtree Street, N.E. Atlanta, Georgia 30309-3521, telephone number (404) 215-5725, counsel to defendant Equifax Information Services LLC in the action referenced above.

2. I am admitted to practice before the State Bar of Georgia, State Bar of Alabama, United States District Court for the Northern District of Georgia and the United States District Court for the Northern District of Illinois.

3.  I am a member in good standing of the bars of the Courts to which I have been admitted. I have never been convicted of a crime, censured, suspended, disciplined or disbarred by any court; nor do I have any disciplinary or contempt proceedings involving me pending before any court.

4.  I have not been admitted *pro hac vice* in this Court within the last two years.

5.  I agree to abide by the jurisdiction and rules of the United States District Court for the District of Columbia governing the practice of law in this Court.

FURTHER AFFIANT SAYETH NOT.

Keasha Ann Broussard
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309
(404) 215-5725

SWORN TO BEFORE ME, THIS 26th
DAY OF February, 2008.

Notary Public for State of Georgia
My Commission Expires: April 25, 2008



UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and JOHN H. NICHOLS )<br>)<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>EQUIFAX CREDIT BUREAU, et al., )<br>)<br>        Defendants. )<br>_____ ) | CASE NO.: 1:08-CV-00185-JDB |

**ORDER ON PRO HAC VICE MOTION**

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of the United States District Court for the District of Columbia, the motion for pro hac vice admission of Keasha Ann Broussard in the United States District Court for the District of Columbia in the subject case is Granted.

Dated: this _____day of _____, 2008.

_____
Honorable John D. Bates
U.S. District Court Judge