UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B NICHOLS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-00185 (JDB) |
| ) | |
| EQUIFAX CREDIT BUREAU, et al, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

Nettie B. Nichols and John H. Nichols and Equifax Credit Bureau (Equifax Information Services, LLC), NCAC (Experian Information Solutions, Inc.), TransUnion Consumers Relations (Trans Union LLC) hereby file this Joint Motion to continue the Scheduling Conference for the following reasons:

1. Plaintiff is in the process of attempting to secure counsel for representation during this action.

2. TransUnion's representative entered into the case only recently after issues with service which were resolved.

3. On February 26, 2008, the parties held a Federal Rules of Civil Procedure 26(f) conference and are positively open to settlement but need more time to obtain more information for settlement negotiations.

4. All parties involved need more time to review and organize information and confer with our respective clients to reach a potential settlement.

RECEIVED
MAR 03 2008
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT. CLERK

Wherefore, all parties involved mutually consent to and request that this Court continue the scheduling conference date for March 18, 2008, at 9:00 A.M., and all related dates, and set a future date for mid April.

Respectfully Submitted,

Nettie B Nichols
John H. Nichols
308 Oglethorpe Street, N.E.
Washington, D.C. 20011
202-271-3039

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2008, a true copy of the foregoing JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE was mailed by me, first class, postage prepaid to:

Equifax Information Services, LLC
c/o Ann Broussard
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521

Experian Information Solutions, Inc.
c/o Mae Cheung
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

Trans Union, LLC
c/o Timothy Creech
1818 Market Street, 30th Floor
Philadelphia, PA 19103