## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NETTIE B. NICHOLS, JOHN H. NICHOLS,** § § § § | |
| Plaintiffs § | Civil Case No. 1:08-cv-00185-JDB |
| § | |
| v. § | |
| § | |
| **EQUIFAX CREDIT BUREAU, NCAC, TRANSUNION CONSUMER RELATIONS,** § § § § | |
| Defendants § | |

### NOTICE OF APPEARANCE

COMES NOW Mae Cheung of the law firm of Jones Day and gives notice to the Court and all parties that she is appearing on behalf of Defendant **Experian Information Solutions, Inc.**, erroneously sued as "NCAC". She asks that all correspondence in the above-captioned matter be sent to her attention at 51 Louisiana Ave., NW, Washington, D.C. 20001.

Dated: March 5th, 2008                     Respectfully submitted,

                                                                          /s/
                                                  Mae Cheung  (D.C. Bar No. 493652)
                                                  JONES DAY
                                                  51 Louisiana Avenue, N.W.
                                                  Washington, DC  20001-2113
                                                  Telephone:    (202) 879-3939
                                                  Facsimile:     (202) 626-1700
                                                  E-mail:  mcheung@jonesday.com

                                                  *Attorneys for Defendant*
                                                  *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2008, I will file the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Megan Kathleen Greene
KING & SPALDING
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
Phone: (202) 737-0500
Fax: (202) 626-3737
Email: mkgreene@kslaw.com

Keasha Ann Broussard
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Phone: (404) 215-5725
Fax: (404) 572-5100
Email: abroussard@kslaw.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

I also certify that on this day I have caused a true and correct copy of the forgoing **NOTICE OF APPEARANCE** to be served by first-class mail upon the following individuals unable to be served electronically:

John H. Nichols
Nettie B. Nichols
308 Oglethorpe Street, NE
Washington, DC 20011
*Plaintiffs, Pro se*

Dated: March 5, 2008                                                Respectfully submitted,


                                                                    _____/s/_____
                                                                    Mae Cheung
                                                                    *Counsel for Defendant*
                                                                    *Experian Information Solutions, Inc.*