**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NETTIE B. NICHOLS and JOHN H. NICHOLS,   )<br>            )<br>          Plaintiffs,   )<br>            )<br>   v.             )<br>            )<br>            )<br>EQUIFAX CREDIT BUREAU; NCAC;   )<br>and TRANSUNION CONSUMER RELATIONS   )<br>            )<br>         Defendants.   ) | C.A. No: 1:08-cv-00185-JDB |

**ANSWER OF DEFENDANT, TRANS UNION LLC**

Trans Union LLC ("Trans Union"), improperly pled as Trans Union Consumer Relations,

Answers Plaintiff's Complaint as follows:

Denies the allegations of the Complaint in the unnumbered paragraph following the

heading "background."

1.     Denies the allegations of paragraph 1 of the Complaint.

2.     No responsive pleading required for allegations directed toward third parties, as

alleged in paragraph 2 of the Complaint or the paragraph following paragraph 2 of the

Complaint.  To the extent such allegations are directed toward Trans Union, Trans Union denies

the allegations.

3.     Denies the allegations of paragraph 3 of the Complaint.

4.     Denies the allegations of paragraph 4 of the Complaint.  Denies knowledge or

information sufficient to form a belief as to the truth of the allegations of the first two paragraphs

following paragraph 4 of the Complaint.  Denies the allegations of the remaining paragraphs of

the Complaint and further denies causing Plaintiffs harm for which they are entitled to relief.

WHEREFORE, Defendant Trans Union LLC demands judgment dismissing Plaintiff's complaint with prejudice, and awarding it such additional relief as the Court deems just and proper.

## FIRST DEFENSE

The Complaint fails to state a claim for which relief may be granted.

## SECOND DEFENSE

Trans Union has, at all material times with respect to Plaintiffs, acted in good faith and complied fully with the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq*. ("FCRA") and relevant state laws.

## THIRD DEFENSE

Based upon the averments upon which Plaintiffs' claim is made, Trans Union is immune from suit under the FCRA.

## FOURTH DEFENSE

Any harm suffered by Plaintiffs was not caused by any act or omission of Trans Union.

## FIFTH DEFENSE

Any harm suffered by Plaintiffs were caused by Plaintiffs' own conduct or the conduct of third parties over which Trans Union has no control or authority.

## SIXTH DEFENSE

With respect to Plaintiffs, Trans Union's conduct and the alleged communications were entirely privileged and/or true.

## SEVENTH DEFENSE

The claims contained in Plaintiffs' Complaint, which seek to recover punitive damages, violate the Constitution of the United States of America.

## EIGHTH DEFENSE

Plaintiffs' claims are barred by the applicable statutes of limitations.

## NINTH DEFENSE

To the extent Plaintiffs assert Trans Union's Answer is untimely filed, the Complaint should be dismissed for failure of process and/or failure of service of process.

WHEREFORE, Defendant Trans Union LLC demands judgment dismissing Plaintiff's complaint with prejudice, and awarding it such additional relief as the Court deems just and proper.

           /s/

**H. MARK STICHEL**
D.C. Bar No. 503038
Gohn, Hankey & Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland 21201
(410) 752-1658
(410) 752-2519 (facsimile)

Attorney for Trans Union, LLC,
a Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th of March, 2008, a copies of the foregoing paper were served upon the following counsel of record via the Court's ECF System:

Megan Kathleen Greene
King & Spaulding, LLP
1700 Pennsylvania Avenue
Suite 200
Washington, D.C. 20006

Keasha Ann Broussard
King & Spaulding, LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309

Joseph William Clark
Mae Cheung
Jones Day
51 Louisiana Avenue, NW
Washington, D.C. 20001

A copy of the foregoing paper also was served by First Class United States Mail, Postage Prepaid, upon:

Nettie B. Nichols
John H. Nichols
308 Oglethorpe Street, NE
Washington, D.C. 20011

_____
H. Mark Stichel