IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and JOHN H. NICHOLS,<br><br>                            Plaintiffs,<br><br>   v.<br><br><br>EQUIFAX CREDIT BUREAU; NCAC;<br>and TRANSUNION CONSUMER RELATIONS<br><br>                          Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No: 1:08-cv-00185-JDB<br>)<br>)<br>)<br>)<br>)<br>) |

**TRANS UNION LLC'S FED.R.CIV.P. 7.1(a)
CORPORATE DISCLOSURE STATEMENT**

     Trans Union LLC, improperly pled as Trans Union Consumer Relations, is a non-governmental corporate party, and is wholly owned by TransUnion Corp. No part of Trans Union LLC or TransUnion Corp. is publicly held.

     These representations are made in order that the judges of this Court may determine the need for recusal.


                                      /s/
                           **H. MARK STICHEL**
                           D.C. Bar No. 503038
                           Gohn, Hankey & Stichel, LLP
                           201 North Charles Street, Suite 2101
                           Baltimore, Maryland 21201
                           (410) 752-1658
                           (410) 752-2519 (facsimile)

                         Attorney of Record for Trans Union, LLC,
                            a Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th of March, 2008, a copies of the foregoing paper were served upon the following counsel of record via the Court's ECF System:

Megan Kathleen Greene
King & Spaulding, LLP
1700 Pennsylvania Avenue
Suite 200
Washington, D.C. 20006

Keasha Ann Broussard
King & Spaulding, LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309

Joseph William Clark
Mae Cheung
Jones Day
51 Louisiana Avenue, NW
Washington, D.C. 20001

A copy of the foregoing paper also was served by First Class United States Mail, Postage Prepaid, upon:

Nettie B. Nichols
John H. Nichols
308 Oglethorpe Street, NE
Washington, D.C. 20011

                                                H. Mark Stichel