UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and JOHN H. NICHOLS,<br><br>   Plaintiff,<br><br>   v.<br><br>EQUIFAX CREDIT BUREAU, EXPERIAN, and TRANSUNION CONSUMER RELATIONS<br><br>   Defendants. | Case: 1:08-cv-00185<br>Assigned To : Bates, John D.<br><br>**APPEARANCE** |

To the Clerk of this court and all parties of record:

Please enter the appearance of Karl-Henri Gauvin as counsel in this case for: Nettie B. Nichols and John H. Nichols vs. Equifax Credit Bureau, Experian and Transunion Consumer Relations.

              Respectfully submitted,

              /s/ Karl-Henri Gauvin
              Karl-Henri Gauvin Bar No. 487574
              1001 Pennsylvania Avenue, NW Suite 600
              Washington, DC 20004
              Phone: 202-742-6775
              Kgauvin@Gauvinlawfirm.com

              Counsel for Plaintiff