UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NETTIE B. NICHOLS and JOHN H. NICHOLS, )
)
Plaintiff, )
)
v. )   Case: 1:08-cv-00185
)   Assigned To : Bates, John D.
EQUIFAX CREDIT BUREAU, EXPERIAN, and )
TRANSUNION CONSUMER RELATIONS )
)
Defendants. )

## CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

Pursuant to Fed. R. Civ. Pro. 7 and Local Rule 7, Plaintiff, for good cause shown, respectfully requests that the Status Conference be moved from April 21, 2008 to April 28, 2008.

In support of this motion, Plaintiff states:

1. Prior to being retained, counsel for Plaintiff had in place longstanding family vacation plans scheduled for the day of the Scheduling Conference.

2. The parties have conferred and Counsel for Defendants do not object to this motion.

We request that the hearing be rescheduled for one of the following two dates:

April 28, 2008, in the afternoon OR April 29, 2008, in the afternoon.

**WHEREFORE,** Plaintiffs Nettie and John Nichols respectfully request an order granting to Plaintiffs Consent Motion for Continuance as set forth in the Proposed Order filed herewith.

Dated: _____, 2008        Respectfully submitted,

/s/ Karl-Henri Gauvin
Karl-Henri Gauvin Bar No. 487574
1001 Pennsylvania Avenue, NW Suite 600

Washington, DC 20004
Phone: 202-742-6775
Kgauvin@Gauvinlawfirm.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and JOHN H. NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX CREDIT BUREAU, EXPERIAN, and TRANSUNION CONSUMER RELATIONS<br><br>    Defendants. | Case: 1:08-cv-00185<br>Assigned To : Bates, John D. |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion to Reschedule Status Conference scheduled for April 21, 2008, it is hereby:

ORDERED  that Plaintiffs' motion is granted; and

FURTHER ORDERED that a status conference be scheduled for the _____day of _____2008.

_____
The Honorable Judge John Bates

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 10th day of April, 2008, I caused copies of the foregoing Motion and Proposed Order to be delivered via electronic filing to the following individuals:

TIMOTHY P. CREECH
KOGAN, TRICHON & WERTHEIMER, P.C.
1818 Market St. , 30th FL
Philadelphia , PA 19103
Direct Dial: 215.575.7618
Fax: 215.575.7688

K. Ann Broussard
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
(404) 572-4600

Tashena Middleton Moore
Joesph W. Clark
JONES DAY
51 Lousiana Avenue, NW
Washington, DC 20001
(202)879-3939

Respectfully submitted,

*/s/* Karl-Henri Gauvin
Karl-Henri Gauvin Bar No. 487574
1001 Pennsylvania Avenue, NW Suite 600
Washington, DC 20004
Phone: 202-742-6775
Kgauvin@Gauvinlawfirm.com

Counsel for Plaintiff

Case 1:08-cv-00185-JDB  Document 15  Filed 04/10/2008  Page 5 of 5