IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and JOHN H. NICHOLS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>EQUIFAX CREDIT BUREAU; NCAC; )<br>and TRANSUNION CONSUMER RELATIONS )<br>)<br>Defendants. ) | C.A. No: 1:08-cv-00185-JDB |

## MOTION FOR ADMISSION PRO HAC VICE

H. Mark Stichel, counsel for Trans Union LLC in this case and a member in good standing before this Court, hereby moves pursuant to Rule 83.2(d), of the Rules of Civil Procedure for the admission and appearance in this case of co-counsel, Timothy P. Creech, *Pro Hac Vice*. Mr. Creech is a member in good standing before the United States District Courts for the Eastern District of Pennsylvania, the Eastern, Southern, Northern and Western Districts of New York, and the District of New Jersey. He is also a member in good standing in the Superior Courts of Pennsylvania, New York and New Jersey, as well the United States Court of Appeals for the 1st, 3rd and 11th Circuits. In addition, he is of good moral character and professional reputation. An affidavit of Timothy P. Creech in support hereof is attached hereto.

Respectfully submitted,

GOHN, HANKEY & STICHEL, LLP

*[signature]*

H. Mark Stichel, Esq.
201 North Charles Street, Suite 2101
Baltimore, MD 21201
Tel: (410) 752-9300; Fax: (410) 752-2519
Email: hmstichel@ghsllp

DATED: April 15, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and JOHN H. NICHOLS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>EQUIFAX CREDIT BUREAU; NCAC; )<br>and TRANSUNION CONSUMER RELATIONS )<br>)<br>Defendants. ) | C.A. No: 1:08-cv-00185-JDB |

### AFFIDAVIT OF TIMOTHY P. CREECH IN
### SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

The undersigned, being duly sworn according to law, deposes and states the following:

1. I am Timothy P. Creech, an associate of the law firm of Kogan, Trichon & Wertheimer, P.C., in Philadelphia, Pennsylvania. By this Affidavit and the Motion to which it is attached, I seek admission *pro hac vice* to represent defendant, Trans Union LLC ("Trans Union") in this lawsuit.

2. I am admitted and licensed to practice law by the Commonwealth of Pennsylvania and the States of New York and New Jersey and I am admitted before the United States District Courts for the Eastern District of Pennsylvania, the District of New Jersey and the Eastern, Southern, Northern and Western Districts of New York. I am also admitted to practice in the United States Court of Appeals for the 1st, 3rd and 11th Circuits.

3. Since my admission to these bars, I have been and remain a member in good standing thereof. I have never been sanctioned or disciplined by any Bar or State Supreme Court.

4. I have read and am familiar with the rules of this court.

5. Prior to this motion, I have never applied for admission *pro hac vice* in this Court.

_____
TIMOTHY P. CREECH
KOGAN, TRICHON & WERTHEIMER, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103-3699
(215) 575-7600
(215) 575-7688 fax
tcreech@mstkw.com

SWORN TO AND SUBSCRIBED
before me this 11th day of
April, 2008.


_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary E. Mattox, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires June 16, 2010
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| NETTIE B. NICHOLS and JOHN H. NICHOLS, | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No: 1:08-cv-00185-JDB |
| | ) | |
| EQUIFAX CREDIT BUREAU; NCAC; | ) | |
| and TRANSUNION CONSUMER RELATIONS | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

H. Mark Stichel, Esq., hereby certifies he caused a true and correct copy of the foregoing Motion for Admission Pro Hac Vice to be served via the Court's ECF System upon:

| | |
|---|---|
| Karl-Henri Gauvin<br>1001 Pennsylvania Avenue, NW Suite 600<br>Washington, DC 20004<br>Phone: 202-742-6775<br>Email: Kgauvin@Gauvinlawfirm.com<br>*Counsel for Plaintiff* | Megan Kathleen Greene<br>KING & SPALDING<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006<br>(202) 737-0500; Fax: (202) 626-3737<br>Email: mkgreene@kslaw.com<br>*Counsel for Defendant, Equifax* |
| Mae Cheung<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br>(202) 879-3939; Fax: (202) 626-1700<br>Email: jwclark@jonesday.com<br>*Counsel for Defendant, NCAC* | /s/ H. Mark Stichel<br>H. Mark Stichel, Esq. |

DATED:   April 15, 2008