UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and JOHN H. NICHOLS,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>EQUIFAX CREDIT BUREAU, EXPERIAN, and TRANSUNION CONSUMER RELATIONS<br><br>　　　　Defendants. | Case: 1:08-cv-00185<br>Assigned To : Bates, John D. |

**INITIAL DISCLOSURES**

The Plaintiffs, John and Nettie Nichols, by and through their undersigned counsel, and pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and Rule 26 of the Local Rules of the United States District Court for the District of Columbia, hereby provide their initial disclosures.  John and Nettie Nichols reserve the right to modify or supplement these materials as discovery proceeds.

A.　Individuals Likely to Have Discoverable Information

　　　John Nichols, Plaintiff, 308 Oglethorpe St., NE, Washington, DC 20011-1636, 202-271-3039.

　　　Nettie Nichols, Plaintiff, 308 Oglethorpe St., NE, Washington, DC 20011-1636, 202-271-3039.

　　　Isaiah McKenzie, President First Maryland Mortgage Financial Services, address not known at the moment, 410-730-1230.  Mr. McKenzie is a credit loan officer at First Maryland Mortgage Financial Services and had denied credit to Nettie Nichols based

upon the information found in her credit report.

Darlene Brown, BB&T, Forestville branch, telephone number:  301-817 3740. Ms. Brown is a credit loan officer at BB&T and had denied credit to Nettie Nichols based upon the information found in her credit report.

Jason Slater, Countrywide Home Loans, telephone number:  866-256-4440. Mr. Slater is a credit loan officer at Countrywide Home Loans and had denied credit to Nettie Nichols based upon the information found in her credit report.

Customer Service Representative, Ford Credit, telephone number: 800-732-2264, ext 64003.  The name and address of this person is unknown at this time.  This person sent a letter to the credit agencies asking them to remove inaccurate information.

Janice Allen, Interim Community Manager, Hickory Hill Apartments, 3613 Silver Park Drive, Suitland, MD 20746, telephone number: 301-423-1750. This person sent a letter to the credit agencies asking them to remove inaccurate information.

Customer Service Representative, LVNV Funding, Customer Service Representative name and number unknown at the moment.

Customer Service Representative, Jeremy Williams, CitiFinancial, 3628 Richmond Highway, Suite J, Alexandria, VA 22306, telephone number: 703-768-0145. Williams is a loan offer with CitiFinancial who gave Mrs. Nichols a hire interest rate on her car loan.

Romona and Robert Briggs, 105 South Bend Drive, Lufkin, TX 75901, telephone number:  936-634-7990. Romona and Robert bought airplane tickets, paid hotel bills, and bought supplies on their charge cards and other monies totaling $20,000.00.  The Nichols had to borrow money due to their inability to access credit.

Williams and Williams Contracting, 1134 Madison Street, Alexandria, LA 71301, telephone number: 318-792-3103. Samuel Williams agreed to work on the house without pay until I was able to secure a loan. The total cost for his work was $45,000.00. Receipts are forthcoming.

B.  Documents That May Be Used to Support Claims

- 9/28/04 letter from Janice Allen of Hickory Hill to Nettie Nichols
- 9/26/07 letter from Ford Motor Credit Customer Service to Nettie Nichols
- 6/29/07 letter from Ford Motor Credit Customer Service to Nettie Nichols
- 9/26/07 Denial of Credit form from BB&T from Darlene Brown
- 2/28/08 Denial of Credit letter from Isaiah McKenzie from First Maryland Mortgage Financial Services
- 3/04/08 Denial of Credit letter from Countrywide Bank
- 10/29/07 letter from LVNV Funding to Nettie Nichols
- 9/24/07 letter from Nettie Nichols to Equifax
- 11/27/05 letter from Nettie Nichols to Equifax
- 11/6/07 letter from Nettie Nichols to Equifax
- 12/04/07 letter from Nettie Nichols to Equifax
- 12/10/07 letter from Nettie Nichols to Equifax
- 11/12/07 letter from Nettie Nichols to Equifax
- 12/13/07 letter from Nettie Nichols to TransUnion
- 11/06/07 letter from Nettie Nichols to TransUnion
- 9/24/07 letter from Nettie Nichols to TransUnion
- 12/23/07 letter from Nettie Nichols to TransUnion
- 9/24/07 letter from Nettie Nichols to TransUnion
- 12/05/05 letter from Nettie Nichols to TransUnion
- 12/13/05 letter from Nettie Nichols to TransUnion
- 12/05/05 letter from Nettie Nichols to TransUnion
- 11/06/07 letter from Nettie Nichols to NCAC (Experian)
- 9/24/07 letter from Nettie Nichols to NCAC (Experian)
- 12/10/07 letter from Nettie Nichols to NCAC (Experian)
- 12/14/07 letter from Nettie Nichols to NCAC (Experian)
- 12/05/05 letter from Nettie Nichols to NCAC (Experian)
- 12/05/05 letter from Nettie Nichols to NCAC (Experian)
- City Of New Orleans, Notice of Violation Letter dated 1/27/07
- TransUnion Credit Report for Nettie Nichols dated 12/19/07
- TransUnion Credit Report for Nettie Nichols dated 12/18/07
- TransUnion Credit Report for John Nichols dated 12/19/07
- TransUnion Credit Report for John Nichols dated 12/18/07
- TransUnion Credit Report for Nettie Nichols dated 11/27/07
- Experian Credit Report from Nettie Nichols dated 10/25/07

- Experian Credit Report from Nettie Nichols dated 11/06/07
- Experian Credit Report from Nettie Nichols dated 12/26/07
- Experian Credit Report from Nettie Nichols dated 3/5/08
- Equifax Credit Report from Nettie Nichols dated 1/01/08
- Equifax Credit Report from Nettie Nichols dated 3/31/08
- Equifax Credit Report from John Nichols dated 11/02/07
- Equifax Credit Report from Nettie Nichols dated 12/18/07
- Advantage Credit Report for John Nichols
- Experian Credit Report from John Nichols dated 11/01/07
- Equifax Credit Report labeled as Exhibit B2
- HUD Settlement Statement labeled as Exhibit C
- TransUnion Credit Report labeled as Exhibit C1
- Experian Credit Report labeled as Exhibit C1
- 10/29/07 letter from Resurgent Capital Services labeled Exhibit D
- Equifax Credit Report labeled Exhibit D1
- Experian Credit Report dated 10/25/07 labeled Exhibit D2
- TransUnion Credit Report labeled Exhibit G

C.  Computation of Damages

As a result of Mrs. Nichols inability to obtain credit, Mrs. Nichols lost a home in Louisiana worth approximately $80,000, property damage to property in Houston due to the vandalism and roof damage in the amount of approximately $75,000, had to pay a higher interest rate on a car loan with damages of approximately $10,826 and a higher Chase loan with damages at approximately $30,000.

As a result of Mrs. Nichols' inability to obtain credit, the Nichols had to make adjustments to their finances resulting in Mr. Nichols' delaying payments to creditors so that much needed cash flow would be a hand. Mr. Nichols' credit score has been reduced to 605 as a result of the difficulty of their access to credit. As a result of the lowering of Mr. Nichols' credit score, the interest rate from Countrywide Home Loans refinance had gone from 7.0% to 9.5% resulting in a difference of $10,000. Mr. Nichols has accrued late fees in the amount of $1,000 from the aforementioned loan. The lowering of Mr.

Nichols' credit score in addition to his diminished capacity to obtain credit has resulted in damages to Mr. Nichols in approximately $30,000.

D.  Insurance Policies

    No insurance coverage exists for this matter.

                                          Respectfully submitted,

                                          /s/ Karl-Henri Gauvin
                                          Karl-Henri Gauvin Bar No. 487574
                                          1001 Pennsylvania Avenue, NW Suite 600
                                          Washington, DC 20004
                                          Phone: 202-742-6775
                                          Kgauvin@Gauvinlawfirm.com

                                          Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2008, I electronically filed the foregoing Rule 26(a)(1) Report Submitted by Plaintiffs John and Nettie Nichols with the Clerk of the Court using CM/ECF system which will send notification of such filing to K. Ann Broussard, Esq. (Attorney for Defendant Experian), Mae Cheung (Attorney for Defendant Equifax) and Timothy Creech., Esq. (Attorney for Defendant Transunion).  Karl-Henri Gauvin, Esq., hereby certifies that he caused a true and correct copy of the forgoing Rule 26 Initial Disclosures to be sent via First Class Mail, postage prepaid, to the following:

Megan Kathleen Greene
KING & SPALDING
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 737 – 0500
Email: mkgreene@kslaw.com
*Counsel for Defendant, Equifax*

Mae Cheung
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
Email: jwclark@jonesday.com
*Counsel for Defendant, Experian*

Timothy Creech
KOGAN, TRICHON, & WERTHEIMER
1818 Market Street, 30th Floor
Philadelphia, PA 19103
(215) 575–7600
Email: tcreech@mstkw.com

                Respectfully submitted,


                /s/ Karl-Henri Gauvin
                Karl-Henri Gauvin Bar No. 487574
                1001 Pennsylvania Avenue, NW Suite 600
                Washington, DC 20004
                Phone: 202-742-6775

Kgauvin@Gauvinlawfirm.com

Counsel for Plaintiff