# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C. DIVISION

| | |
|---|---|
| NETTIE B. NICHOLS and <br> JOHN H. NICHOLS, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX CREDIT BUREAU <br> NCAC and TRANSUNION <br> CONSUMER RELATIONS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:08-cv-00185-JDB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC

COMES NOW, Defendant Equifax Information Services LLC (erroneously sued as "Equifax Credit Bureau") by and through its counsel and pursuant to the Federal Rules of Civil Procedure 26(a)(1), hereby gives notice to this Court and all counsel of record that it has served a true and correct copy of its Initial Disclosures to all parties on April 17, 2008.

DATED:   April 21, 2008.

Respectfully submitted,

By:   *K. Ann Broussard*
K. Ann Broussard (*admitted pro hac vice*)
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, Georgia  30309
Tel:  404-215-5725
Fax:  404-572-5100

Megan Kathleen Greene

4869307

US1900 9155121.1

        D.C. Bar No. 488428
        King & Spalding LLP
        1700 Pennsylvania Avenue, NW
        Washington, DC  20006
        Tel: 202-737-0500
        Fax: 202-626-3737


        Attorneys for Defendant Equifax
        Information Services LLC

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF SERVICE OF INITIAL DISCLOSURES which has been forwarded using the Court's electronic filing system for those parties registered or by placing same in the United States mail, postage prepaid and properly addressed, to the following counsel of record.

Karl-Henri Gauvin
1106 Sixth Street SW
Suite 216
Washington, D.C. 20024
(Attorney for Plaintiff)

Mae Chung
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001
(Attorney for Defendant Experian Information Solutions)

Timothy Creech
Kogan Trichon & Wertheimer PC
1818 Market Street
30th Floor
Philadelphia, PA 19103
(Attorney for Trans Union LLC)


DATED: April 21, 2008


                                                        /s/   K. Ann Broussard