UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NETTIE B. NICHOLS, et al.,

    Plaintiffs,

    v.

EQUIFAX CREDIT BUREAU, et al,

    Defendants.

Civil Action No.  08-00185 (JDB)

## INITIAL SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held on April 28, 2008, it is hereby

**ORDERED** that the parties shall adhere to the following schedule:

1. This matter shall be referred to Magistrate Judge Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than thirty (30) days.

2. Amended pleadings and joinder of parties are due by not later than June 16, 2008.

3. Discovery shall close on October 30, 2008.

4. Plaintiffs' expert report is due by not later than November 15, 2008.  Defendants' expert report is due by not later than December 1, 2008.

5. Dispositive motions are due by not later than January 5, 2009.

6. The parties shall file a status report with the Court by not later than June 12, 2008 to update the Court on the status of settlement discussions.

7.  A status conference is scheduled for November 5, 2008 at 9 a.m.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:  May 2, 2008