REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE F

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 15:1681 Fair Credit Reporting Act | | | |
|---|---|---|---|---|
| CASE NO:<br>08-185 | DATE REFERRED:<br>05/27/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>John D. Bates | MAG. JUDGE<br>Alan Kay |
| PLAINTIFF(S):<br>NETTIE B. NICHOLS | | DEFENDANT(S):<br>EQUIFAX CREDIT BUREAU | | |
| ENTRIES: | | | | |