UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NETTIE B. NICHOLS and JOHN H. NICHOLS,<br><br>        Plaintiff,<br><br>        v.<br><br>EQUIFAX CREDIT BUREAU, EXPERIAN, and TRANSUNION CONSUMER RELATIONS<br><br>        Defendants. | Case: 1:08-cv-00185<br>Assigned To : Bates, John D. |

## JOINT STATUS REPORT

Pursuant to the Court's May 2, 2008 Order, the parties hereby submit this status report.

On May 27, 2008 the case had been referred to Magistrate Judge Alan Kay for mediation. Due to scheduling conflicts with the Court's calendar, the time for mediation had been extended for sixty days resulting in mediation to take place on July 21, 2008.

On May 9, 2008, Plaintiff's counsel spoke to Mae Cheung, counsel for Experian, regarding a disputed item on Mrs. Nichols' credit report. Ms. Cheung forwarded the contact information for the account representative at Consumer Finance Corp. On May 12th and 13th, Plaintiff's counsel called the account representative at Consumer Finance Corp. and left messages which were never returned. Settlement discussions between the parties are open and ongoing.

On May 14, 2008, Plaintiff's counsel received an Offer of Judgment from Ann Brousard, counsel for Equifax. After conferring with Mrs. Nichols, Plaintiff's counsel rejected the offer. Settlement discussions between the parties are open and ongoing.

On June 4, 2008, Plaintiff's counsel received an Offer of Judgment from Harry Stichel, counsel for Trans Union LLC. After conferring with Mrs. Nichols, Plaintiff's counsel rejected the offer and made a counteroffer. Opposing counsel rejected Plaintiff's counsel's counteroffer. Settlement discussions are open and ongoing.

Respectfully submitted,

/s/ Karl-Henri Gauvin
Karl-Henri Gauvin Bar No. 487574
1001 Pennsylvania Avenue, NW Suite 600
Washington, DC 20004
Phone: 202-742-6775
Kgauvin@Gauvinlawfirm.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2008, I electronically filed the foregoing Joint Status Report Submitted by Plaintiffs John and Nettie Nichols with the Clerk of the Court using CM/ECF system which will send notification of such filing to K. Ann Broussard, Esq. (Attorney for Defendant Experian), Mae Cheung (Attorney for Defendant Equifax) and Timothy Creech., Esq. (Attorney for Defendant Transunion).

    Respectfully submitted,

    /s/ Karl-Henri Gauvin
    Karl-Henri Gauvin Bar No. 487574
    1001 Pennsylvania Avenue, NW Suite 600
    Washington, DC 20004
    Phone: 202-742-6775
    Kgauvin@Gauvinlawfirm.com

    Counsel for Plaintiff