IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NETTIE B. NICHOLS AND JOHN H. NICHOLS,** § § § § | |
| **Plaintiffs,** § § | **CIVIL NO. 1:08-cv-00185-JDB** |
| v. § § | |
| **EQUIFAX CREDIT BUREAU, EXPERIAN AND TRANSUNION CONSUMER RELATIONS,** § § § § § | |
| **Defendants.** § § | |

**DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFFS'
FIRST AMENDED COMPLAINT AND JURY DEMAND**

Defendants Equifax Information Services LLC, improperly identified as Equifax Credit Bureau, Experian Information Solutions, Inc., improperly identified as Experian, and Trans Union LLC, improperly identified as Transunion Consumer Relations (collectively, "Defendants"), by their respective undersigned counsel, hereby move this Court to strike Plaintiffs' First Amended Complaint as improperly filed under FED. R. CIV. P. 15(a)(2). Furthermore, Defendants move to strike Plaintiffs' jury demand as untimely and therefore waived under FED. R. CIV. P 38(b, d). The bases for this Motion are more fully laid out in the accompanying Statement of Points and Authorities. A proposed Order is also provided.

Dated: July 14, 2008                                    Respectfully submitted,

    /s/  Mae Cheung
Mae Cheung  (D.C. Bar No. 493652)
Joseph W. Clark  (D.C. Bar No. 468782)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:     (202) 879-3939
Facsimile:      (202) 626-1700

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

- 3 -

Dated: July 14, 2008                          Respectfully submitted,


   /s/ H. Mark Stichel (*with permission*)
H Mark Stichel (D.C. Bar No. 503038)
GOHN, HANKEY & STICHEL, LLP
201 North Charles Street
Suite 2101
Baltimore, MD 21201
Phone: (410) 752-1658
Fax: (410) 752-2519

Timothy P. Creech (*pro hac vice*)
Bruce S. Luckman (*pro hac vice*)
KOGAN, TRICHON & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
Phone: (215) 575-7600
Fax: (215) 575-7688

*Counsel for Defendant*
*Trans Union, LLC*

- 4 -

Dated: July 14, 2008                                   Respectfully submitted,


  /s/ Keasha Ann Broussard (*with permission*)
K. Ann Broussard (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street N.W.
Atlanta, GA 30309-3521
Phone: (404) 572-4600
Fax: (404) 572-5100

Megan K. Greene (D.C. Bar No. 488428)
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006-2706
Phone: (202) 737-0500
Fax: (202) 626-3737

*Counsel for Defendant*
*Equifax Information Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2008, I have caused the foregoing

**DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED**

**COMPLAINT AND JURY DEMAND** to be served via the ECF system upon the following:

**Karl-Henri Gauvin**
Gauvin Law Firm
1001 Pennsylvania Ave., N.W.
Suite 600
Washington, D.C. 20004
Phone: (202) 742-6775
*Counsel for Plaintiffs*
*Nettie B. Nichols and John H. Nichols*

**Megan K. Greene**
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006-2706
Phone: (202) 737-0500
Fax: (202) 626-3737
*Counsel for Defendant*
*Equifax Information Services, LLC*

**K. Ann Broussard**
KING & SPALDING LLP
1180 Peachtree Street N.W.
Atlanta, GA 30309-3521
Phone: (404) 572-4600
Fax: (404) 572-5100
*Counsel for Defendant*
*Equifax Information Services, LLC*

**H Mark Stichel**
GOHN, HANKEY & STICHEL, LLP
201 North Charles Street
Suite 2101
Baltimore, MD 21201
Phone: (410) 752-1658
Fax: (410) 752-2519
*Counsel for Defendant*
*Trans Union, LLC*

**Bruce S. Luckman**
**Timothy P. Creech**
KOGAN, TRICHON & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
Phone: (215) 575-7600
Fax: (215) 575-7688
*Counsel for Defendant*
*Trans Union, LLC*

　　/s/ Mae Cheung_____
　　　　Mae Cheung

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NETTIE B. NICHOLS AND JOHN H. NICHOLS,**<br><br>Plaintiffs,<br><br>v.<br><br>**EQUIFAX CREDIT BUREAU, EXPERIAN AND TRANSUNION CONSUMER RELATIONS,**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 1:08-cv-00185-JDB |

### ORDER GRANTING DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT AND JURY DEMAND

Upon consideration of Defendants' Joint Motion to Strike Plaintiffs' First Amended Complaint And Jury Demand, filed by Defendants Equifax Information Services LLC, Experian Information Solutions, Inc., and Trans Union LLC, and the Court having considered all papers filed in support of, and in opposition to, said Motion, **IT IS ORDERED** that Defendants' Joint Motion to Strike Plaintiffs' First Amended Complaint And Jury Demand is **GRANTED.**

SO ORDERED this ___ day of
_____, 2008                              _____
                                                  John D. Bates
                                                  United States District Judge


cc: All counsel of record