## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NETTIE B. NICHOLS and JOHN H. NICHOLS,<br><br>   Plaintiff,<br><br>   v.<br><br>EQUIFAX CREDIT BUREAU *et al.*<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:08-cv-00185<br>Assigned To: Bates, John D.<br><br>JOINT STIPULATION OF DISMISSAL |

  Plaintiffs John and Nettie Nichols ("Plaintiffs"), Defendant Equifax Credit Bureau, Defendant Experian, and Defendant Transunion (collectively, "Defendants") respectfully submit this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiffs and Defendants hereby jointly stipulate to dismissal with prejudice of all claims made in this action, based on a settlement understanding among the parties.

            Respectfully submitted,

            /s/ Karl-Henri Gauvin
            Karl-Henri Gauvin Bar No. 487574
            1001 Pennsylvania Avenue, NW Suite 600
            Washington, DC 20004
            Phone: 202-742-6775
            Kgauvin@Gauvinlawfirm.com

            Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2008, I electronically filed the foregoing Joint Stipulation of Dismissal Submitted by Plaintiffs John and Nettie Nichols with the Clerk of the Court using CM/ECF system which will send notification of such filing to K. Ann Broussard, Esq. (Attorney for Defendant Experian), Mae Cheung (Attorney for Defendant Equifax) and Timothy Creech., Esq. (Attorney for Defendant Transunion).

K. Ann Broussard
KING & SPALDING
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 737 – 0500
Email: mkgreene@kslaw.com
*Counsel for Defendant, Equifax*

Mae Cheung
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
Email: jwclark@jonesday.com
*Counsel for Defendant, Experian*

Timothy Creech
KOGAN, TRICHON, & WERTHEIMER
1818 Market Street, 30th Floor
Philadelphia, PA 19103
(215) 575–7600
Email: tcreech@mstkw.com
*Counsel for Defendant, Transunion*

    Respectfully submitted,

    /s/ Karl-Henri Gauvin
    Karl-Henri Gauvin Bar No. 487574
    1001 Pennsylvania Avenue, NW Suite 600
    Washington, DC 20004
    Phone: 202-742-6775
    Kgauvin@Gauvinlawfirm.com

    Counsel for Plaintiff